ORIGINAL

RECEIVED
FEB 2 2 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Edward Keeter and Keeter Trading Company, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Christopher O'Hara Carter

Firm Name: Law Offices of Christopher O'Hara Carter, P.A.

Post Office Box: P.O. Box 300 05-243C

Street Address: 215 E. Old Main St.

City-State-Zip: Yellville, AR 72687

Telephone & Facsimile Numbers: 870-449-2100 Fax 870-449-2105

E-mail address: carter@southshore.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ________
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ 245,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003