IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD KEETER AND
KEETER TRADING COMPANY, Inc. PLAINTIFFS

v. No. 05-243C
(Judge Horn)

UNITED STATES OF AMERICA DEFENDANT

MOTION FOR DEFAULT JUDGMENT

Now comes the Plaintiffs, Edward Keeter and Keeter Trading Company, Inc. by and through their attorney Christopher O'Hara Carter of the Law Offices of Christopher O'Hara Carter and for their Motion for Default Judgment state to the Court:

1. That the Plaintiffs filed this action on February 22, 2005 and an answer was due April 25, 2005 and no answer has been filed by the United States.
2. That pursuant to Rule 4(a) service on the United States shall be made through the delivery by the Clerk to the Attorney General.
3. That Pursuant to the Notice of Assignment to Judge Lynn J. Bush the United States was requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 83.1(c)(3) and (5).
4. That the Plaintiffs have not been contacted by the defendant or an attorney on their behalf and the United States should be deemed in default pursuant to Rule 55 of the Rules of the United States Court of Federal Claims.

5. That the verified complaint filed herein, together with its attachments, is incorporated into this motion as if set out word for word and thus demonstrates that the Plaintiffs are entitled to the relief which they seek.

6. That pursuant to changes in Rule 55 the Clerk may no longer enter a judgment and all judgments require proof and involvement of the Court.

7. The Plaintiffs pray that this Honorable Court grant them Judgment and enter a judgment pursuant to Rule 58(a)(1) in an amount shown by the proof in the Plaintiff's verified complaint.

WHEREFORE the Plaintiffs pray that the Court grant the Plaintiffs a default judgment pursuant to Rule 55, grant them their costs and attorney fees, and all other just and proper relief to which they are entitled.

EDWARD KEETER and KEETER TRADING CO., Inc

/s/ Christopher O'Hara Carter
Plaintiff's Attorney
THE LAW OFFICES OF CHRISTOPHER O'HARA CARTER, P.A.
P.O. Box 300
Yellville, AR 72687-0300
Tel: 870-449-2100
Fax: 870-449-2105
carterlaw@yellville.net