**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD KEETER and KEETER TRADING COMPANY, INC.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-243C (Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, please enter the appearance of MICHAEL FRANCIS KIELY as attorney of record for the defendant, the United States.

Respectfully Submitted,

/s/Michael Francis Kiely

Michael Francis Kiely
Commercial and Appellate Litigation
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6333
Washington, D.C. 20260-1127
Telephone: (202) 268-4037
Facsimile: (202) 268-5287
E-mail Michael.F.Kiely@USPS.GOV

Date: May 11, 2005