No. 05-243 C

(Filed May 17, 2005)

* * * * * * * * * * * * * * * * * * * * * *
EDWARD KEETER and KEETER TRADING COMPANY, INC., *

*Plaintiffs*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 29, 2005, plaintiffs filed a Motion for Default Judgment. Plaintiffs' motion states and the court's docket shows that on February 22, 2005 plaintiffs filed their complaint and the case was assigned to the undersigned. Rule 83.1(c)(3) of the Rules of the Court of Federal Claims (RCFC) requires that defendant's attorney of record shall, promptly after service of the complaint, file with the clerk and service all other parties a notice of appearance. Defendant's answer to plaintiffs' complaint was due to have been filed on April 25, 2005. As of the filing of this order, the court has not received any filings from defendant in the subject matter. Pursuant to Rule 55(a), plaintiffs requests this court to enter judgment in the subject matter.

Accordingly, in light of the foregoing circumstances, defendant is hereby **ORDERED** to **SHOW CAUSE** why the court should not enter a default judgment in the subject matter, on or before **June 10, 2005**.

s/Lynn J. Bush
LYNN J. BUSH
Judge