**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD KEETER and KEETER TRADING COMPANY, INC.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-243C (Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF THOMAS P. IRWIN**

1. My name is Thomas P. Irwin. I am an Administrative Assistant to Lori J. Dym, Chief Counsel for Appellate and Commercial Litigation within the Civil Practice section of the United States Postal Service Law Department in Washington, D.C. I have personal knowledge of the matters set forth in this declaration.

2. In my capacity as Administrative Assistant to Ms. Dym, I regularly receive and sort all written communications, such as opinions, orders, and correspondence, that come into this office by the United States mail and by overnight delivery services. I sort these documents according to the attorney who is the addressee or who is responsible for the relevant case, if the document is not addressed.

4. From time to time the Department of Justice delegates to this office cases filed at the Court. This occurs by delivery to this office by the Department of Justice of a delegation letter together with the complaint for the case. It is my regular practice, whenever the Department of Justice so delegates a case to the Postal Service for handling, to give the delegation letter and the complaint to Ms. Dym. After she has reviewed the matter, she regularly gives me the delegation letter and complaint and identifies the attorney to whom she has assigned the case. It is my practice then to enter the case and all relevant information into the

Postal Service's internal case management system, known as WiLDCATS.

5. On or about May 11, 2005, I became aware that our office had received an order in this case by facsimile transmission from the Department of Justice. This was the first time that I heard of this case. I had received no delegation letter or complaint, and, consequently, I had not entered the case into our WiLDCATS system. Had the Department of Justice's delegation letter for this case been received by this office, I am certain that I would have seen it and delivered it to Ms. Dym for processing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2005.

Thomas Irwin

Thomas P. Irwin
Administrative Assistant
Civil Practice
Law Department
United States Postal Service