**U.S. Department of Justice**

Civil Division

DMC:MAM:DSFinnerman

Tel: (202) 307-0300
Fax: (202) 305-7643

Washington, D.C. 20530

March 9, 2005

Ms. Mary Ann Gibbons
Office of General Counsel
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6006
Washington, D. C. 20260-1100

Re: Keeter Trading Co. v. United States, No. 05-243C (Fed. Cl.)

Dear Ms. Gibbons:

After reviewing the complaint in the above-designated case, we have decided, pursuant to 28 U.S.C. § 518, that your office should be assigned primary responsibility for handling this matter. Accordingly, please have the attorney in your office assigned to this case enter an appearance (please send this office a copy of the notice of appearance) and take whatever steps are necessary to defend the contracting officer's final decisions.

Although your office now is authorized to handle the defense of this case, authority to settle this case remains with the Department of Justice. Any proposed settlement should be forwarded to Doris S. Finnerman, of this office, as soon as possible. Moreover, if it anytime becomes apparent that this case involves an issue of government-wide importance, please call that fact to our attention so that we

may coordinate the arguments that are made in the government's case.

Thank you for your assistance.

Cordially yours,

PETER D. KEISLER
Assistant Attorney General
Civil Division

By: David M. Cohen / [illegible]

DAVID M. COHEN
Director
Commercial Litigation Branch