**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EDWARD KEETER and** | **)** | |
| **KEETER TRADING COMPANY, INC.,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | **No. 05-243C** |
| **v.** | **)** | **(Judge Bush)** |
| | **)** | |
| **THE UNITED STATES,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

Defendant will be hereafter be represented in this matter by **DOUGLAS J. COLTON,** whose appearance replaces that of Michael Francis Kiely, and who can be reached at the following address and telephone number:

U.S. POSTAL SERVICE – CIVIL PRACTICE SECTION
POSTAL SERVICE HEADQUARTERS
475 L'ENFANT PLAZA SW – ROOM 6413
WASHINGTON, DC 20260-1127
Tel: (202) 268-6408
Fax: (202) 268-5287
douglas.j.colton@usps.gov

July 5, 2005

Respectfully submitted,

s/ Douglas J. Colton

ATTORNEYS FOR DEFENDANT

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service