# In the United States Court of Federal Claims

No. 05-243 C
(Filed August 29, 2005)

* * * * * * * * * * * * * * * * * * * * *
EDWARD KEETER and *
KEETER TRADING COMPANY, *
INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims, no later than forty-nine days after defendant's answer, the parties must file with the clerk a Joint Preliminary Status Report (JPSR). By the court's order of July 28, 2005, defendant's answer was deemed filed as of the date of its submission to the court, which was June 10, 2005. Hence, the parties' JPSR was due to have been filed on or before August 1, 2005. As of the filing of this order, the court has not received the parties' JPSR.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** their **Joint Preliminary Status Report** on or before **September 23, 2005**.

s/ Lynn J. Bush
LYNN J. BUSH
Judge

cc:
Judge Marian Blank Horn
ADR Judge