# In the United States Court of Federal Claims

No. 05-243 C
(Filed January 24, 2006)

* * * * * * * * * * * * * * * * * * * * * *
EDWARD KEETER and *
KEETER TRADING COMPANY, *
INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims, no later than forty-nine days after defendant's answer, the parties must file with the clerk a Joint Preliminary Status Report (JPSR). By the court's order of July 28, 2005, defendant's answer was deemed filed as of the date of its submission to the court, which was June 10, 2005. Hence, the parties' JPSR was originally due to have been filed on or before August 1, 2005. On August 29, 2005, the court issued an order directing the parties to file their JPSR by September 23, 2005. As of the filing of this order, the court has not received any filings in the subject matter.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** their **Joint Preliminary Status Report** on or before **February 21, 2006**. No further extensions of time shall be permitted for this filing absent extraordinary circumstances.

s/ Lynn J. Bush
LYNN J. BUSH
Judge

cc:
Judge Marian Blank Horn
ADR Judge