# In the United States Court of Federal Claims

No. 05-243 C

(Filed September 1, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| EDWARD KEETER and | * |
| KEETER TRADING COMPANY, | * |
| INC., | * |
| | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

On August 31, 2006, plaintiffs filed an Answer to the court's Show Cause Order of August 10, 2006. Before the issuing a decision on its show cause order, the court would like defendant's input on the contentions set forth by plaintiffs. Accordingly, it is hereby **ORDERED** that defendant shall **FILE**, on or before **September 15, 2006**, Defendant's Response to Plaintiffs' Answer to the Court's Show Cause Order of August 10, 2006. The court will not entertain a motion to enlarge this deadline absent extraordinary circumstances.

s/ Lynn J. Bush
LYNN J. BUSH
Judge

cc:
Judge Marian Blank Horn
ADR Judge