# In the United States Court of Federal Claims

No. 05-243 C
(Filed October 19, 2006)

* * * * * * * * * * * * * * * * * * * * *
EDWARD KEETER and *
KEETER TRADING COMPANY, *
INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 15, 2006, the parties, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their Joint Preliminary Status Report (JPSR). Therein, the parties reported to the court that they anticipate that this case will go forward to litigation, at least with respect to the liability issue. In that regard, counsel for the respective parties request that the parties be permitted to engage in fact discovery, explore settlement and determine if filing a dispositive motion is appropriate in lieu of or in addition to trial.

Upon an examination of the pleadings and the JPSR, pursuant to RCFC 16(b), it is **ORDERED** that the following preliminary schedule is established:

(1) It is assumed that Initial Disclosures, pursuant to RCFC 26(a), have presumably occurred, but if not, shall promptly now occur.

(2) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions shall be **COMPLETED** on or before **November 20, 2006**. The parties have stated that they do not anticipate the need for expert witnesses; therefore, no discovery provisions have been made in that regard.

(3) Any **dispositive motions** shall be filed on or before **December 22, 2006**. Counsel are directed to RCFC 56(h) for the procedures to which all such dispositive motions must adhere.

(4) Absent the filing of any dispositive motions, counsel are directed to **FILE** a **Joint Status Report**, on or before **January 5, 2007**, informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.

s/ Lynn J. Bush
LYNN J. BUSH
Judge

cc:
Judge Marian Blank Horn
ADR Judge