**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-243 C**

| | | |
|---|---|---|
| ************************** | ) | |
| EDWARD KEETER and | ) | |
| KEETER TRADING COMPANY, INC., | ) | |
| *PLAINTIFFS* | ) | **CASE 1:05-CV-00243-LJB** |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| *DEFENDANT* | ) | |
| ************************** | ) | |

**DOCUMENTARY APPENDIX TO**
**JOINT PRELIMINARY STATUS REPORT (OCT. 15, 2006)**

**(BANKRUPTCY DOCUMENTS)**

In its Order of September 19, 2006, the Court directed the parties to provide it documents and information concerning plaintiff's bankruptcy and subsequent discharge. Counsel for plaintiff obtained the attached records from the Bankruptcy Court for the Western District of Arkansas, and on October 18, 2006 sent them to the undersigned with a request that they be filed. Because this submission is made jointly but without prior review by plaintiff, defendant will not here raise any questions based on these records, but may do so in a separate pleading.[1]

[1] Counsel similarly cooperated in submission of the Joint Preliminary Status Report on October 15, 2006, with the result that Defendant had not seen the specific assertions in the JPSR before it was filed. Defendant does not wish to involve the Court in questions about a preliminary report -- this note is provided solely for clarification -- but feels constrained to state that some characterizations of legal and factual issues in the JPSR apparently reflect miscommunication between counsel, and do not accurately restate positions being taken by Defendant. Defendant does accept the procedural and scheduling information stated in the JPSR.

October 23, 2006

Respectfully submitted:

s/ **DOUGLAS J. COLTON**

DOUGLAS J. COLTON
U.S. POSTAL SERVICE
475 L'Enfant Plaza, SW
Room 6323
Washington, DC 20260-1127
Tel: (202) 268-6408
Fax: (202) 268-5287
*douglas.j.colton@usps.gov*

**COUNSEL FOR DEFENDANT**
**THE UNITED STATES POSTAL SERVICE**