**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-243 C**

*************************)
EDWARD KEETER and )
KEETER TRADING COMPANY, INC., )
*PLAINTIFFS* ) **CASE 1:05-CV-00243-LJB**
)
v. )
)
THE UNITED STATES, )
*DEFENDANT* )
*************************)

**DEFENDANT'S APPLICATION**
**FOR EXTENSION OF SCHEDULE**

**1.** In its Order entered on October 19, 2006, the Court directed that fact discovery herein be completed on or before November 20, 2006, that dispositive motions be filed on or before December 22, 2006, and that a Joint Status Report be submitted on or before January 5, 2007.

2. The undersigned counsel for Defendant (the United States Postal Service) required non-elective inpatient surgery that was performed on November 7, 2006. Surgical complications requiring hospital re-admission occurred, and the undersigned was unable to return to work until November 20, 2006. Because of these medical problems, counsel was unable to perform more than minimal work on this (or any other) case from the latter part of October until November 20, 2006. Convalescence is not completed, and because of the surgical complications the undersigned is uncertain as to how long the process will continue or the degree to

which it will limit his work activities. Complete recovery is expected within the relatively near future, but the pace of recovery cannot be predicted.

3. Defendant accordingly requests that the Schedule herein be extended. Because of the amount of time already lost, and the uncertainty about the time required before the undersigned will be able to resume his regular working schedule, Defendant requests that all due dates herein be extended by four to six weeks from the current schedule, as best suits the Court.

4. The undersigned has informed counsel for Plaintiff (Mr. Carter) of the matters set forth in this Application, and that an extension of the schedule would be sought. Mr. Carter informed the undersigned that Plaintiff would not oppose this request.

November 20, 2006

Respectfully submitted:

s/ **DOUGLAS J. COLTON**

DOUGLAS J. COLTON
U.S. POSTAL SERVICE
475 L'Enfant Plaza, SW
Room 6323
Washington, DC 20260-1127
Tel: (202) 268-6408
Fax: (202) 268-5287
*douglas.j.colton@usps.gov*

**COUNSEL FOR DEFENDANT**
**THE UNITED STATES POSTAL SERVICE**