# In the United States Court of Federal Claims

No. 05-243 C
(Filed November 21, 2006)

* * * * * * * * * * * * * * * * * * * * * *
EDWARD KEETER and *
KEETER TRADING COMPANY, *
INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 20, 2006, defendant filed its Application for Extension of Schedule, asking for an enlargement of time of approximately four to six weeks for pending filing deadlines in the subject matter. Counsel for defendant reports delays in litigation activities due to health problems, and represents that the government's motion to enlarge is unopposed. For the reasons stated therein, defendant's motion is granted.

Accordingly, it is **ORDERED** that the preliminary schedule is **AMENDED** as follows:

(1) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions shall be **COMPLETED** on or before **January 2, 2007**. The parties have stated that they do not anticipate the need for expert witnesses; therefore, no discovery provisions have been made in that regard.

(2) Any **dispositive motions** shall be filed on or before **February 2, 2007**. Counsel are directed to RCFC 56(h) for the procedures to which all such dispositive motions must adhere.

(3) Absent the filing of any dispositive motions, counsel are directed to **FILE** a **Joint Status Report**, on or before **February 16, 2007**, informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.

s/ Lynn J. Bush
LYNN J. BUSH
Judge

cc:
Judge Marian Blank Horn
ADR Judge