Subject: Keeter v. USPS/stipulated facts/requests
From: Carter Law Office <carterlaw@yellville.net>
Date: Fri, 02 Feb 2007 08:04:41 -0600
To: douglas.colton@gmail.com

I can agree to all to move this along.

On #26 there might have been an earlier phone call, but there is no question there wasone held on 1-28. Regardless both parties positions were the same whether in was December or January. So we admit.

On 46 and 47 they are technically true statements. It just depends on the spin one wants to put on them. We will admit just so get to the point of submitting this on stipulated facts.

Christopher Carter
Attorney at Law
P.O. Box 300
Yellville, AR 72687-0300

Phone 870-449-2100