# In the United States Court of Federal Claims

No. 05-243 C
(Filed February 7, 2007)

* * * * * * * * * * * * * * * * * * * * * *
EDWARD KEETER and *
KEETER TRADING COMPANY, *
INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 4, 2007, defendant filed an Application for Leave to File Summary Judgment Motion Out of Time. For good cause shown, it is hereby **ORDERED** that defendant's application for leave to file out of time is **GRANTED** and defendant shall electronically resubmit/file its **Motion for Summary Judgment** as a separate document upon receipt of this order.

/s/Lynn J. Bush
LYNN J. BUSH
Judge

cc:
Judge Marian Blank Horn
ADR Judge