**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**No. 05-243 C**

*******************************************)
EDWARD KEETER and )
KEETER TRADING COMPANY, INC., )
*Plaintiffs* ) **CASE 1:05-CV-00243-LJB**
)
v. )
THE UNITED STATES, )
*Defendant* )
*******************************************)

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves for a limited extension of time within which it may file its Motion for Summary Judgment herein, that the Court's Order of February 15, 2007 directed defendant to revise and refile by March 19, 2007. These papers were completed at shortly before midnight on the night of March 19, 2007, but all subsequent efforts to have them accepted for electronic filing failed. (The *Proposed Findings of Uncontroverted Facts* seemed to be accepted, but no receipt for that filing has been received.). Since the Motion could not be accepted, the Appendix could not be submitted.

The electronic system repeatedly returned a message stating that defendant's document "is malformed or contains code . . . [and] cannot be accepted." Multiple attempts at resubmission, including first recreating the *PDF*s from their source documents, were unsuccessful. The papers just could not be filed in the early morning hours of March 20, 2007.

These efforts were renewed in the later morning of March 20, with the same result. The undersigned contacted the "Help Desk" for electronic filings that the ECF system identifies. Several technicians there offered a few suggestions, none of which helped. A call was placed to the "Systems" office of the Office of the Clerk of this Court, but as yet no response has been received to a detailed message left there asking for assistance with this problem as soon as possible.

*(Counsel has now spoken with Mr. Wang of that office, and his suggestions are being tried.)*

The undersigned is generally proficient in use of computers and in creation of *PDF* documents. All efforts to find and repair the cause of this problem, in a routinely-generated document, have failed. Remaining options may require virtual or literal reconstruction of the papers, because defendant has no known way to discover where the underlying flaw lies. The undersigned admits that he is mystified (as well as substantially frustrated); if he ascribed to such foolish notions, he might suspect an unfriendly djiin at work.

Defendant particularly is both apologetic and chagrinned for once again invoking technical problems to excuse its failure to file on the assigned date. Defendant nonetheless must, reluctantly, request that it be permitted to file its Motion for Summary Judgment, with Appendix, within 24 hours after this Motion is accepted for electronic filing. Counsel has just been informed that several others in the Postal Service Legal Department are having similar difficulties, and that the problem may rest with settings on the Postal Service computer network. This Motion has been similarly rejected by the ECF system several times; if it can now be filed, then the problem is being addressed and should be resolved before long.

March 20, 2007

Respectfully Submitted:

_/s/ *DOUGLAS J. COLTON*__

**DOUGLAS J. COLTON**
475 L'ENFANT PLAZA SW
RM. 6323
WASHINGTON, D.C. 20260-1127
TEL. 202.268.6408
FAX. 202.268.5287
*douglas.j.colton@usps.gov*

**COUNSEL FOR DEFENDANT**