| | |
|---|---|
| VEER RIGHT PAST THOMPSON'S TO TROY ROGERS BOX | 3.4 mi. |
| L ON DIRT ROAD TO POSSUM TROT | .5 mi. |
| R ON POSSUM TROT TO CAMP GALILIE RD | 2.2 mi. |
| L ON CAMP GALILIE CUTOFF (VEER RIGHT) | .9 mi. |
| L AT T TO CAMP GALILEE | 2.9 mi. |
| RETRACE TO CR 259 | 3.7 mi. |
| R ON 259 TO HWY 125 | 1.5 mi. |
| L ON HWY 125 TO PEEL PO | 2.4 mi. |
| L ON HWY 125 TO WOODS COVE RD | 3.0 mi. |
| R ON WOODS COVE (1.0) & RETRACE TO WOOD COVE | 1.3 mi. |
| R ON WOOD COVE TO BOX 129 & RETRACE TO HWY 125 | .8 mi. |
| R ON HWY 125 TO WAGON WHEEL REST (2.2) & RETRACE TO HWY 125 | 2.5 mi. |
| L ON HWY 125 TO CR 268 (CLYDE'S COVE RD) | 3.4 mi. |
| R ON CR 268 (1.0) & RETRACE TO HWY 125 | 2.0 mi. |
| R ON HWY 125 TO PEEL PO | 1.4 mi. |
| R ON HWY 125 TO CR 841 | 2.3 mi. |
| L ON CR 841 TO SCOTT (433) (.5) & RETRACE TO 125 | 1.0 mi. |
| L ON HWY 125 TO CR 842 | 2.8 mi. |
| L ON CR 842 TO JAN JONES (3.4) (VEER RIGHT AT T & Y & RETRACE TO HWY 125 | 6.8 mi. |
| L (W) ON HWY 125 TO MC 8046 | 1.0 mi. |
| L (S) ON MC 8046 TO JCT 8047 & RETRACE TO 125 | 2.6 mi. |
| L ON HWY 125 TO HWY 14 | 1.0 mi. |
| L ON HWY 14 TO 4TH ST | 15.0 mi. |
| R ON 4TH ST TO POST OFFICE | .2 mi. |

103.8 r/t miles on a K7 frequency

*1. Estimated annual schedule miles: 31,458.7
**2. Estimated annual schedule hours: 1,894
Total boxes: 249

* The estimated annual miles and per trip miles are given only as information. Prior to submitting a proposal, the supplier should determine the actual miles.

** The estimated annual hours are approximately the number of hours needed to operate the trips as they are shown in the schedule. Also included in the total estimated annual hours are the number of hours needed for casing, loading/unloading and mail mark-up. Prior to submitting a proposal, the supplier must determine the actual hours.

*** See Section J for further information regarding hours and miles.

The hours are based on 249 total boxes cased as follows:

SUPPLIER CASING:

| TRIP | OFFICE NAME | BOXES | START | END |
|---|---|---|---|---|
| 1 | YELLVILLE, AR | 116 | 07:00 - | 08:15 |
| 1 | PEEL, AR | 133 | 09:30 - | 09:35 |

SUPPLIER CASING (MARK-UP):

| TRIP | OFFICE NAME | START | END |
|---|---|---|---|
| 1 | PEEL, AR | 10:55 - | 11:20 |
| 2 | YELLVILLE, AR | 13:00 - | 13:15 |

ADJUSTMENTS FOR ROUTE EXTENSIONS OR EN ROUTE BOXES: Adjustments for extensions and en route boxes will be processed using the following formula. Adjustments in the annual hours for casing and route operations will be computed using two constant factors. Multiply the number of additional boxes by 3.64 and the additional miles by 10.40. The sum of the two equals the new hours added to the contract. Adjustments for compensation will be made by the Contracting Officer to the cost worksheet pro-rata.

SPECIAL NOTE: Any additional hours or miles which may result from the supplier's unique operations should be included in the proposal price. The miles and hours shown in this section are the estimated minimum miles and hours necessary to operate the trips as shown and do not include washup time, vehicle inspection, etc.

B.1.4 Work Requirements

a. Approximate daily average loading and unloading times at the headout and terminus office (or applicable office(s)) are as follows:

DOCK SORTATION AND LOADING:

| Trip | Office | START | END |
|---|---|---|---|
| 2 | PEEL, AR | 11:55 - | 12:00 |
| 2 | PEEL, AR | 11:20 - | 11:30 |

UNLOADING:

| Trip | Office | START | END |
|---|---|---|---|
| 1 | SUMMIT, AR | 08:25 - | 08:30 |

b. Sufficient time for loading and unloading at intermediate office(s) is included in the en route schedule.

c. At offices where postal personnel are on duty, supplier will inquire prior to departure to determine if all mail has been tendered.

d. Before submitting a proposal, information concerning the casing and delivery of mail should be obtained from the Administrative Official at YELLVILLE AR.

e. The supplier will be required to report in sufficient time to case, load and depart on schedule (See Section B.1.)

f. The supplier will be required to load, transport, and unload all classes of mail at the headout, en route, and destinating offices.

g. The supplier will be required to exchange mail through locked lobbies, vestibules, collection boxes, or lockers as directed by the contracting officer or authorized representative. Collection boxes may not be cleared prior to the posted box collection time. Supplier will also be required to participate in the Collection Management System (CMS) (i.e. use of scanning devices, wand, etc.) when instructed by the contracting officer or authorized representative.

h. The supplier may be assigned lobby/vestibule keys or CMS wands, to be used in the delivery and collection of mail along the contract route. These are accountable items that must be signed out prior to the start of the designated trip(s) and turned in at the end of the trip(s). Loss, negligent damage, or failure to turn in accountable item(s) as scheduled may result in assessment of damages or termination of the contract.

i. The supplier will be required to perform box delivery services to the customers and all other related services as outlined in Section B.3, General Requirements and Prohibitions - Box Delivery, or as directed by the contracting officer or authorized representative.

B.2 VEHICLE REQUIREMENTS AND SPECIFICATIONS

a. The minimum cubic feet of usable load space required for each vehicle is identified below. The successful supplier, with the approval of the contracting officer, may elect to use a vehicle providing usable load space in excess of the minimum requirement of this solicitation. The successful supplier must provide as a minimum the vehicle(s) required by the contract.

b. The number of vehicles identified below is the minimum vehicle requirement. The supplier will also be required to have readily available sufficient stand-by equipment of the type(s) listed below to perform extra trips, to permit vehicle maintenance, and to prevent delays in emergencies such as mechanical failures and poor weather conditions.

c. The successful supplier may elect to provide a right hand drive vehicle due to the box delivery features of this route.

d. All equipment shall be presented for inspection at the location and time indicated by the contracting officer or authorized representative. Equipment used on the contract must at all times be maintained in a condition that reflects favorably on the Postal Service and is acceptable to the contracting officer or authorized representative for the full term of the contract and any subsequent renewals that might be negotiated.

e. The supplier will be required to provide as a minimum the vehicle(s) indicated below:

| TYPE OF VEHICLE | CUBES | NUMBER |
|---|---|---|
| Pickup+camper/station wagon/car | 90 | 1 |

f. Vehicles used on this route must be equipped with roof mounted flashing or rotating amber warning light(s), visible from all directions, which complies with state laws. Such light(s) must be used while mail deliveries are being made. The words "US MAIL" may also be displayed on the delivery vehicle at the option of the supplier or as required by state law. Lights and signs may be temporary or permanently affixed to the vehicle. This requirement does not apply where prohibited by state or local law.

B.3 GENERAL REQUIREMENTS AND PROHIBITIONS

The supplier shall provide transportation services as specified in this Statement of Work and Specifications.

a. Sanctity of the Mail

The supplier shall carry all mail tendered for transportation under this contract, whatever may be its size and weight, with certainty, celerity, and security, in accordance with the operating schedule and between the points fixed in the schedule, as modified from time to time pursuant to this contract. The supplier, when so directed by the contracting officer, shall (i) load and unload mail, (ii) make the exchange of mail, and (iii) perform all minor administrative services as may be necessary to track and trace the mail. Passengers, freight and other traffic, if authorized by this contract, may be accommodated, but shall not delay the mail or reduce the contracted cubic capacity. In the event that this is a contract for carriage of mail by domestic water vessel, the supplier shall serve terminal post offices without regard to distance from the nearest landing, unless the Postal Service has previously assumed such a terminal service, and shall serve all intermediate post offices along the route located not more than one-fourth of a mile from the vessel landing.

b. Extra Trips

Supplier will be required to perform additional trips of service pursuant to the Changes clause. The supplier must proceed to perform any extra trips ordered by the contracting officer or authorized representative.

c. Protection of the Mail

The supplier shall protect the mail from loss, depredation, or damage. The mail shall be transported in an enclosed, water-proof compartment, equipped with secure locking devices, which shall be kept locked at all times except when access thereto is required for performance of service under this contract. The supplier shall await completion of all delayed mail connections except when otherwise directed by the contracting officer or authorized representative, or the supplier's vehicle is carrying passengers on a fixed schedule. If the supplier is authorized to carry passengers, the mail must be carried in a compartment separate from the passengers so that they cannot have access to the mail. The supplier shall not transport hitchhikers in vehicles while the vehicles are being used in the performance of service on this contract.

d. Appearance of Equipment

The supplier shall at all times maintain its transportation equipment used under this contract so as to present a creditable appearance and comply with applicable Postal Service regulations. The supplier may use a sign on its vehicle(s) that states "United States Mail," but only when vehicle(s) are being used in the performance of service under this contract. Vehicle(s) (including both tractors and trailers) which are painted red, white and blue must have inscribed on their doors in black letters at least one inch high the following words: "United States Mail Contractor." Trailers so painted must also bear the same inscription on the front of the trailer in black letters two inches high and placed sufficiently high to be visible above the tractor unit.

e. Alcohol and/or Drugs

The supplier and his/her employees must not perform contract operations while under the influence of alcohol, narcotics, or any other substance that tends to impair judgement; nor will they consume any of the foregoing while engaged in contract operations.

f. Weapons and Explosives

No person while on Postal property, or while performing services under a Postal contract, shall carry firearms, other dangerous or deadly weapons, or explosives, either openly or concealed.

g. Carriage of Letters

The supplier shall not carry letters outside of the mails.

h. Denial of Access to the Mails

The supplier shall deny access to the mail to any employees or personnel when required to do so by the contracting officer.

i. Suitability of Contract Personnel

In conducting operations under this contract, the supplier shall not employ any individual who is: lacking sufficient ability to perform properly the required duties; not a reliable and trustworthy person of good moral character; or barred by law or Postal Service regulations from performing such duties.

Suppliers and their employees are required to maintain a neat, clean and professional appearance reflecting a positive image while engaged in contract operations.

Driver uniforms are not required under this contract. Suppliers who

require their drivers to wear uniforms may include the cost only in the general overhead line.

j. Box Delivery

If Section B or another part of this contract calls for "box delivery" or similar services, the supplier shall, when so directed by the contracting officer, perform any or all of the following:

(1) The supplier may be required to provide the following services under this contract:

(a) Deposit all mail matter received for that purpose from a post office into the appropriate customer mail boxes (or, in the case of a domestic water route, customer mail boxes or sacks) placed along the line of the route. In the event that (i) mail cannot be contained in customer boxes, or (ii) in the case of a domestic water route contract, suitable and unobstructed landings and appropriate boxes or sacks are not furnished by the customers, the supplier shall deliver the affected mail as provided in the applicable Postal Service regulations.

(b) Hang and collect any private mail satchel received from a post office on the appropriate mail crane placed along the line of the route.

(c) Receive all mail properly tendered by customers. Collect all mail from or about mail boxes placed along the line of route when a signal is displayed to indicate that a box contains mail to be taken.

(d) Deliver all mail received or collected along the route to the next post office or to such other point or person on the route as the contracting officer or authorized representative may direct.

(2) The supplier also may be required to (i) prepare and follow Classified Label Address Sequence System (CLASS) instructions; (ii) prepare and maintain a list of names of the customers served, arranged in alphabetical order with the street address and/or box number opposite each name; (iii) accept mail addressed to customers on the route and arrange it in order of delivery, or place it in the proper individual sacks for delivery; and (iv) mark up and forward mail for customers of the route who have filed a change of address order, and make appropriate entry in the list of names of the customers served.

(3) In addition to delivery and collection of all classes of mail (First Class, Priority, Periodicals, Standard, Express, etc.), the supplier may be required to:

(a) Sell stamps and supplies.

(b) Accept money with applications for money orders and give receipts.

(c) Accept and give receipts for matter presented for registration, certification, insurance, or COD service.

(d) Provide delivery for the special services associated with all classes of mail which include but may not be limited to: registered, certified, insured, and COD, as well as delivery of parcels and those services associated with Express Mail.

(4) Normally the supplier will not be required to dismount from a vehicle to deliver mail to boxes along the line of travel. The following are examples of conditions which will require the supplier to dismount from a vehicle to provide delivery:

(a) Delivery to apartment houses or other dwellings which use or are qualified to use apartment house receptacles (cluster boxes).

(b) When necessary to obtain a signed receipt for accountable mail (i.e. Express, Certified, and Registered) or ~~to deliver~~ parcels.

(c) When boxes (or clusters) are located behind sidewalks and the solid sidewalk prevents the normal delivery of mail from the vehicle.

(5) Supplier will be required to deviate up to 1/2 mile and retrace (total of one mile) to transact business involving the classes of mail listed in (3)(d). For anything greater than 1/2 mile the postmaster or postal designee should call the customer and advise them to meet contract driver at the mail box.

Supplier must meet the following residency requirements as they relate to the counties listed below:

(1) An individual supplier must reside in a county traversed by the route or an adjoining county on the date set for the receipt of proposals, and must continue so to reside during the term of the contract.

(2) At least one member of a partnership must meet the residency requirement of (1) above.

(3) A corporation must be engaged in business other than as a mail transportation supplier in a county traversed by the route or an adjoining county as of the date set for the receipt of proposals.

COUNTY NAMES

BAXTER, AR
BOONE, AR
MARION, AR
OZARK, MO

SEARCY, AR
STONE, AR

B.4 LIABILITY FOR EQUIPMENT DAMAGE AND REPAIRS

a. The supplier shall be solely liable for loss or damage to its equipment except to the extent that such loss or damage is caused by negligent act or omission of the Postal Service.

b. The supplier shall be solely responsible for all repairs to and maintenance of its equipment utilized in the performance of this contract.

B.5 SCREENING/IDENTIFICATION REQUIREMENTS

New hires/awards: Suppliers must complete and submit to the Administrative Official (AO), original Forms 2025, Contract Personnel Questionnaire, and FD-258, Fingerprint Card, for themselves and each of their employees who have mail handling responsibilities. Also, if the supplier or his/her employees are hired in a driving capacity, the supplier must obtain and provide a copy of each such individual's current driving record for the past five (5) years, and submit it to the AO with the completed forms referenced above. A Form 5139, Non-Postal Temporary Employee Identification Badge, will be issued to the supplier and each such employee until the screening procedure is completed. If results are satisfactory a Form 5140, permanent badge will be issued. If unsatisfactory, privileges will be revoked.

If the supplier and his/her employees are provided access to the mails, the supplier will be required to furnish two 1 1/4" x 1 1/4" full-face color photographs of themselves and each employee to the AO for the permanent identification badge.

Postal regulations require that suppliers and drivers be rescreened every four (4) years or prior to renewal. Prior to contract renewal, suppliers will be required to furnish a copy of the current five (5) year driving record as well as two current 1 1/4" x 1 1/4" full-face color photographs for themselves and each driver. Do not submit Form 2025 or FD-258 for rescreening unless specifically so advised by the contracting officer.

An identification badge will be issued by the Administrative Official to the supplier and each driver employed. The supplier and his/her employees must display the badge on their outer garments when on Postal property. The supplier is responsible for recovery and return of badges to the Postal Service when an employee leaves employment or when the contract is terminated.

B.6 SAFETY REQUIREMENTS

The supplier shall conduct its operations under this contract in full compliance with (i) the United States Department of Transportation (DOT) Motor Carrier Safety Regulations, as set out in 49 C.F.R. Parts 390 - 397, (ii) all other applicable federal laws and regulations, and (iii) all applicable state laws and regulations. The supplier shall maintain its vehicles in mechanically

sound condition and, upon receipt of written notice from the DOT or the contracting officer, shall take such action as is necessary to maintain its equipment in a safe condition and comply with such written notice. Upon written notice from the contracting officer, the supplier shall submit any or all of its equipment, as specified in such notice, for inspection by the Postal Service at a location designated in such notice. In addition, the supplier shall meet each and every one of the following requirements:

a. Drivers

Drivers of motor vehicles must be at least 21 years of age, except that (i) if the vehicle driven is used exclusively under contract with the Postal Service, and (ii) the manufacturer's gross vehicle weight rating is 10,000 pounds or less, the driver must be at least 18 years of age.

Drivers must be properly licensed to operate the vehicles they will drive under this contract

b. Lightweight Mail Trucks

A lightweight mail truck is a vehicle whose manufacturer's gross vehicle weight rating is 10,000 pounds or less. Suppliers and drivers of motor vehicles which are used to transport mail under a contract with the Postal Service who are exempt from compliance with DOT regulations are required to comply with the following minimum requirements:

(1). Qualifications of Drivers

Drivers must meet the minimum physical requirements imposed by state or local authorities to obtain permits to operate the vehicles they will drive under this contract.

(2) Driving of Motor Vehicles

(a) Driving Rules

Drivers must obey all laws, ordinances, and regulations of the jurisdiction in which they operate motor vehicles under this contract. They must not be permitted to drive when fatigue, illness, or other causes impair their ability or alertness, or when under the influence of drugs or intoxicating beverages. Any driver convicted of driving while under the influence of drugs or intoxicating beverages may be denied access to the mail as a driver for up to five years from the date of offense.

(b) Inspection of Equipment

Drivers shall satisfy themselves that the emergency equipment is in place and ready for use and the following parts and accessories are in good working order:

(i) Servicing and parking brakes
(ii) Steering mechanism
(iii) Lighting devices and reflectors
(iv) Tires
(v) Horn
(vi) Windshield wipers
(vii) Rear vision mirrors

c. Safe Loading and Security of Equipment

Drivers responsible for loading or assisting in the loading of their vehicles must ensure that loads are properly distributed and secured and that doors, tailgates, and other equipment are fastened properly to permit safe operations.

d. Hazardous Conditions

Extreme caution, even to the extent of stopping operation if necessary, shall be exercised by drivers when hazardous road or weather conditions prevail.

e. Stopped Vehicles

Whenever a motor vehicle becomes disabled and cannot be removed from the traveled portion of the highway or the shoulder thereof, and is not clearly discernible to persons on the highway from a distance of at least 500 feet, the driver shall immediately set out emergency signals as follows:

(1) During Daylight Hours

Red flags in the center of the traffic lane 100 feet to the rear of the vehicle.

(2) When Lighted Lamps Are Required

Fusees, flares, lanterns, or reflective triangles 100 feet in front, 100 feet to the rear, and along the side of the vehicle. Signals should be placed more than 100 feet but no more than 500 feet from the vehicle, but in all cases should allow ample warning to other drivers regardless of a curve, crest of hill, or other obstruction of view.

f. Emergency Equipment

Vehicles shall be equipped with no less than the following ready for use:

(1) Fire Extinguisher

One four-pound CO2 or one four-pound dry chemical fire extinguisher.

(2) Spare Fuses

One of each kind of fuse (or equivalent) used on the vehicle.

(3) Tire Chains

One set for at least one drive wheel on each side of the vehicle. The contracting officer may exempt vehicles that are operated in areas where the weather does not require tire chains.

(4) Warning Devices

One of the following combinations:

(a) Three flares (pot torches), three fusees, and two red flags;
(b) Three red electric lanterns and two red flags; or
(c) Three red reflectors and two red flags.

g. Hours of Service for Drivers

Drivers will not be permitted or required to exceed the hours of "on duty" and "driving time" specified below:

(1) Definitions

On duty time - That time from which the driver begins to work or is required to be in readiness to work until the driver is relieved from work and all responsibilities for performing work.

Driving time - That time spent on a moving vehicle and any interval not in excess of ten minutes when the driver is on duty but not on a moving vehicle.

Week - Any period of 168 consecutive hours beginning at the time the driver reports for duty.

24 consecutive hours - Any such period starting when the driver reports for duty.

(2) Maximum On Duty Time

Drivers shall not remain on duty for more than sixty hours in any week; providing that a supplier operating vehicles on every day of the week may permit drivers to remain on duty for a total of not more than 70 hours in any period of 192 consecutive hours.

(3) Maximum Driving Time

Weekly maximum driving time will not exceed the maximum on duty time shown above. Driving time is further restricted to the following maximums in any period of 24 consecutive hours:

(a) 10 hours if the driver operates every day. This may be expanded to 12 hours in order to complete a run during adverse road or weather conditions.

(b) 12 hours if the driver has at least 8 hours rest between runs and at least every third day off.

In case of emergencies, the driver may complete the run without being in violation of these regulations.

B.7 INSURANCE REQUIREMENTS

If this contract requires the operation of a motor vehicle, the supplier shall establish and maintain continuously in effect a policy or policies of liability insurance for all motor vehicles to be used under this contract providing, at a minimum, the following coverages:

a. Vehicles with a gross vehicle weight rating of under 10,000 pounds:

(1) Limit for bodily injuries to or death of one person: $100,000 and
(2) Limit for bodily injuries to or death of all persons in any one accident: $300,000 and
(3) Limit for loss or damage in any one accident to property of others (other than mail): $50,000.

In the alternative to (1), (2) and (3) above, a combined single limit (CSL) for bodily injury to, or death of persons and loss or damage of property per single accident: $500,000.

b. Vehicles with a gross vehicle weight rating of 10,000 pounds or more, require a minimum of $750,000 Combined Single Limit (CSL).

Coverage must meet all minimum insurance requirements imposed by federal, state and local law or regulation when such requirements exceed the minimum coverages required by the Postal Service as stated above.

The supplier shall furnish to the contracting officer, prior to commencement of service under this contract, and thereafter as the contracting officer may require, proof that the supplier has all required insurance, plus a copy of the applicable policy or policies.

B.8 ADDITIONAL INFORMATION

a. The administrative official will provide route training to the successful supplier. The training will be for three hours per day over two days and will be equivalent to that training currently provided for rural carriers. The successful supplier will be compensated at the hourly rate as quoted on the proposal.

b. The contract rate must include all elements of cost the supplier expects to incur in performing the service. The supplier must include the total

anticipated costs (based on the total regular hours) for vacation time or other fringe benefits in the contract rate. Adjustments to include these costs in the second or subsequent years of the contract will not be allowed. Included in the cost comprising the total contract rate are those associated with the payment for vacation time and other fringe benefits as outlined in the attached Department of Labor Wage Determination(s) listed below:

77-0193(Rev.-31) (H1) and dated 18-MAR-02

c. The supplier, depending on actual route operations, may be required to pay round trip compensation to drivers even though the contract requires one-way trips. In this, and all other cases, it is the SUPPLIER'S RESPONSIBILITY to verify DOL requirements and include the cost in the proposed price. Adjustments to include these costs at a later time will not be allowed.

d. In order to be awarded a contract, a supplier may not be rated unsatisfactory on the Department of Transportation (DOT) Unsatisfactory Safety Rating Report.

e. Because of the urgency of the service, solicitation was not posted 30 days.

PICK-UP TRUCK MUST HAVE CAMPER SHELL

Section C. Delivery or Performance

PHYSICAL LOCATION OF POINTS SERVED

PEEL
US POSTAL SERVICE
100 HWY 125
PEEL AR 72668-9998
870-436-5640

SUMMIT
US POSTAL SERVICE
135 S MAIN ST
SUMMIT AR 72677-9998
870-449-6088

YELLVILLE
US POSTAL SERVICE
11 E OLD MAIN
YELLVILLE AR 72687-9998
870-449-6638

DISTRIBUTION NETWORKS

UNITED STATES
POSTAL SERVICE

May 31, 2002

Keeter Inc
807 MC 4018
Yellville AR 72687-9081

**Re: Award Solicitation 752-139-02: Yellville AR – Peel AR**

Dear Mr. Keeter:

You have been awarded HCR 72665, Yellville AR – Peel AR, effective July 1, 2002.

Prior to starting service, you must complete the following actions:

1. **Vehicle Inspection:** You must take the vehicle you intend to use on the route to the Administrative Official a minimum of **48 hours prior to effective date.** The vehicle will be checked to ensure it meets the contract specifications.
2. **Driver Screening:** You and all persons you anticipate employing to perform the contract specifications must begin the screening process and be issued a badge. Additional **PS Form 2025** and **FD 258** forms may be obtained from the Administrative Official. **I will need social security numbers to verify your relief driver(s) for driver screening.**
3. **PS 7319-C** - Certifications and Representations: **Already received from you.**
4. **Highway Transportation Contract - Bid or Renewal Worksheet, PS Form 7468-A**, must be **signed and returned** to the Southwest Area Distribution Networks office.
5. **Vehicle Information Sheet** - Complete items 1 through 5 and **return** to Southwest Area Distribution Networks.
6. You must have your insurance agent complete the enclosed PS Form 5420, Certification of Insurance, providing proof that you will have the required coverage in effect as of the start of service under the contract. You **must submit a copy** of the **actual insurance policy** when you receive it. Insurance Certification and Auto Status are not acceptable. **Minimum liability is $100,000/300,000/ 50,000 or $500,000 combined** for vehicles less than 10,000 GVW and $750,000 for vehicles 10,000 and up.
7. To have your check directly deposited to your bank account, have your financial institution complete the enclosed **Form 1199** and **mail to: USPS, Attention - Transportation, PO Box 80191, St. Louis, MO 63180-9191**. Be sure to **indicate your HCR** number on the form.

SOUTHWEST AREA
PO BOX 225428
DALLAS TX 75222-5428
214-819-8801
FAX: 214-819-8850

Award HCR 72665
Page 2

You, as the supplier, are responsible for the complete performance of the route. However, **you should provide to the administrative official the name of your substitute.** This person must meet the qualifications as outlined in the proposal and must be screened.

The Administrative Official for your route is the Postmaster in Yellville AR. If you have any concerns or questions relating to route operations, the administrative office will be glad to answer them. You may also contact Jeanette Wofford at (214) 819-8823.

Please be aware that there is a difference between contracting and supervisory authority of which you must be aware. Only the Contracting Officer or a representative from this office has the authority to authorize changes to your contract.

DO NOT accept requests for changes from anyone other than the Contracting Officer or his representative. Therefore, except for the items listed below, no other postal employees are authorized to change service requirements as stated in your contract. Your Administrative Official and his designated representatives are authorized to do only the following:

(a) Provide day-to-day supervision to ensure contract compliance.
(b) Survey your route and make service change recommendations to the DN.
(c) Dispatch extra trips for an unanticipated volume of mail. **This does not include long-term scheduled extras. Schedule extras should be negotiated in advance by you and the Contracting Officer.**
(d) Authorize start date for box delivery service extensions.
(e) Authorize servicing of in-line boxes.
(f) Authorize detour miles in the general area you normally travel for short term emergency conditions to avoid disruption of service to our customers due to road construction, bridge out, inclement weather, etc.
(g) Certify payment for extra trips or detour miles.

**Your obligation and responsibility as a contractor is to operate service as stated in the formal contract furnished by this office.**

Finally, on behalf of the U.S. Postal Service, we would like to welcome you as a new transportation supplier. We look forward to a mutually beneficial working relationship.

Sincerely,

Johnny Lott
Acting Manager, Transportation Contracts

Enclosures

cc: Postmaster, Yellville AR 72687-9998

3 Pages Sign p2+3 and Fax back 5-30-02

To: ED Keeter Phone 870-449-6269 FAX 870-449-6115
From: Ivette Wofford Ph 214-819-8823 FAX 214-819-8799

Amendment 1
Transportation Breakthrough Productivity

Through negotiations, the Postal Service and the supplier agree that this contract may be amended to reduce the service and equipment requirements, up to and including contract termination, during the first 18 months of the renewed contract term. It is further agreed that any reduction will be implemented without the payment of indemnity payments, as outlined in Clause B67. Renewal contracts only: If at the time of renewal, additional or larger equipment was required by the Postal Service and the service provided by this equipment is reduced or terminated, for the above programs, the contracting officer will negotiate indemnity with the supplier. In those instances where the annual renewal price for a contract is $300,000 or less and the contract is terminated and the financial effects of the termination are not offset by new business, the contractor will be allowed a lump sum payment of one-twelfth the annual value of the terminated service.

Amendment 2
Trailer Lease Agreement

The Postal Service and contractor agree that in those instances where extra trailers are required to support postal operations, the Postal Service's preferred trailer provider will be given the first opportunity to provide the required equipment. If the preferred trailer provider is unable to provide the required equipment in a timely manner, the HCR supplier may secure the needed equipment at the most reasonable rate available. In those instances where the HCR supplier fails to request equipment from the preferred trailer provider, the Postal Service will be liable for reimbursement up to the price that the preferred trailer provider would charge for comparable equipment.

Amendment 3
Fuel Cost Management

The Postal Service is beginning to implement a program under which postal highway transportation suppliers will purchase fuel at certain designated fuel servicing facilities. This program is being implemented in phases in different areas of the country. If, during the term of this contract, the program is implemented in a geographic area in which the contract is operated, the supplier agrees to participate in the program. Specifically, the supplier agrees that upon implementation of the program:

(1) To purchase all its fuel for use in providing the contract service at one or more fueling facilities designated by the contracting officer (except where emergencies require purchase from other sources); or, alternatively, if the contracting officer determines that due to the length of the trip or other reason it is not feasible for the supplier to purchase all contract fuel at the designated facility(ies), to purchase a portion of the fuel at such facilities, as directed by the contracting officer; and

(2) To obtain and use for such purchases a fuel funding card from a card provider designated by the contracting officer, and be responsible for making payments to the card provider.

(3) If the supplier purchases all contract fuel (except for emergencies) at the fueling facility(ies) designated by the contracting officer, then contract compensation will be adjusted upward or downward each contract pay period

United States Postal Service
Solicitation for Highway Transportation Services
Request for Proposal
Combination (Box Delivery/Transportation) Service
Box Delivery Vehicle Type(s)

---

1. Solicitation No:

   752-139-02

2. Date Issued:

   April 15, 2002

3. Issued By:

   SOUTHWEST DNO
   700:JW

---

4. Contracting Officer Name/Mailing Address:

   JOHN E LOTT
   SOUTHWEST DNO
   SOUTHWEST AREA OFFICE
   7800 N STEMMONS FRWY,SUITE 250
   DALLAS TX 75247-4217

5. Contracting Officers Telephone Number:

   214-819-8899

6. Administrative Official Name/Mailing Address:

   POSTMASTER
   YELLVILLE AR
   72687-9998

---

7. Availability of Solicitation Packages:

   Solicitation packages may be obtained by contacting the Contracting Officer at the address shown in Item Four, or at the telephone number shown in Item Five of this solicitation.

---

8. Termini:

   HCR 72665, YELLVILLE, AR - PEEL, AR

---

9. Submission of Proposals:

   A. Proposals for providing the services described in the attached Statement of Work and Specifications will be received in person or by mail until:

   3:00 PM, Central Time, May 14, 2002

   Submit Proposals To:

   In Person:
   SOUTHWEST DNO
   SOLICITATION NO. 752-139-02
   SOUTHWEST AREA OFFICE
   7800 N STEMMONS FRWY,SUITE 250
   DALLAS TX 75247-4217

   By Mail:
   SOUTHWEST DNO
   SOLICITATION NO. 752-139-02
   SOUTHWEST AREA OFFICE
   7800 N STEMMONS FRWY,SUITE 250
   DALLAS TX 75247-4217

---

PS Form 7435, November 1996

9. Submission of Proposals (Cont.)

B. Proposals must be submitted on PS Form 7405, "Transportation Services Proposal & Contract for Regular Service."

C. Cost Worksheet:

Offerors are required to complete PS Form 7468-A, "Highway Transportation Contract Cost Worksheet" in accordance with Section J.

D. The proposed price must include all elements of cost the contractor expects to incur in performing service. The proposed rate(s) must be expressed as: Per Annum

---

10. Term of the Contract:

The contract will be awarded not less than 5 days prior to the term beginning date as stated below, or subsequent date as ordered by the Contracting Officer.

Contract Term: July 1, 2002 to June 30, 2006

---

11. Notes to Offerors:

A. The applicable Department of Labor Wage Determination(s) for this solicitation is listed below:

No. 77-0193 (Rev. 31), dated March 18, 2002.

B. This contract is solicited in accordance with the provisions listed in the Purchasing Manual dated January 31, 1997.

---

PS Form 7435, November 1996

# SOLICITATIONS

# AVAILABLE AT:

BY MAIL:

SOUTHWEST DNO
SOUTHWEST AREA OFFICE
7800 N STEMMONS FRWY, SUITE 250
DALLAS TX 75247-4217

Attn: Solicitation No. 752-139-02
HCR 72665, YELLVILLE, AR - PEEL, AR

BY PHONE:

214-819-8899

CAUTION: DO NOT OBTAIN THIS SOLICITATION FROM ANY OTHER SOURCE

9. Submission of Proposals (Cont.)

B. Proposals must be submitted on PS Form 7405, "Transportation Services Proposal & Contract for Regular Service."

C. Cost Worksheet:

Offerors are required to complete PS Form 7468-A, "Highway Transportation Contract Cost Worksheet" in accordance with Section J.

D. The proposed price must include all elements of cost the contractor expects to incur in performing service. The proposed rate(s) must be expressed as: Per Annum

---

10. Term of the Contract:

The contract will be awarded not less than 5 days prior to the term beginning date as stated below, or subsequent date as ordered by the Contracting Officer.

Contract Term: July 1, 2002 to June 30, 2006

---

11. Notes to Offerors:

A. The applicable Department of Labor Wage Determination(s) for this solicitation is listed below:

No. 77-0193 (Rev. 31), dated March 18, 2002.

B. This contract is solicited in accordance with the provisions listed in the Purchasing Manual dated January 31, 1997.

---

DISTRIBUTION NETWORKS

**UNITED STATES POSTAL SERVICE**

May 31, 2002

Attention Offerors:

This is to notify you that the highway contract posted under Solicitation Number 752-140-02 has been awarded. The award was made to the lowest responsible offeror meeting service requirements.

This is a notice of award.

| | |
|---|---|
| Solicitation Number | **752-139-02** |
| Termini | **YELLVILLE AR-PEEL AR** |
| Contract Number | **72665** |
| Number of Proposals Received | **2** |
| Term of Contract | **July 1, 2002 - June 30, 2006** |
| Name Of Successful Offeror | **Keeter, Inc**<br>**807 MC 4018**<br>**Yellville AR 72687-9081** |
| Annual Rate | **$39,487.92** |

Thank you for your continued interest. If you have further questions, please call Jeanette Wofford at 214-819-8823.

Johnny Lott
Acting Manager, Transportation Contracts

cc: Postmaster, Yellville AR 72687-9998

SOUTHWEST AREA
PO BOX 225428
DALLAS TX 75222-5428
214-819-8801
FAX: 214-819-8850

# Pre-Award Questionnaire and Assets and Liabilities Statement



| Solicitation No. | Name (As shown on bid) | Phone No. |
|---|---|---|
| 752-139-02 | KEETER, INC. | (870) 449-6269 |

Address (Include Apt./Suite No.)
P.O. BOX 628 YELLVILLE, AR 72687

| 1. Nature of Bidder (Sole proprietorship, partnership, corporation, etc.) | a. If Sole Proprietorship — Name of Owner | Date |
|---|---|---|
| CORPORATION | EDWARD LEE KEETER | 5-9-02 |

b. If Partnership, Attach List of Names, Ages, and Percentage of Ownership of All Partners

c. If Corporation, Date and State of Incorporation *(Attach list of names of corporate officers and majority stockholders, if any, other than officers.)*

1993 ARKANSAS

2. Describe on an attachment other business ventures in which the company is, or has been engaged within the past three years. If company has not been engaged full time in business for at least three years, identify the employment and business ventures of the owner, partners, or corporate officers during the period.

REAL ESTATE INVESTMENT

3. Identify any capacity *(e.g., contractor, subcontractor, carrier, driver, etc.)* in which the company, its owner, partners, or officers have been engaged in the carrying of the mails within the past five years. If possible, identify routes by number and provide name of contractor and Contracting Officer. If service on any route was terminated by the Postal Service for cause, attach explanation.

NONE

4. Describe by model, size, and year, the equipment you propose to use on this route. Is the equipment owned or leased? If equipment is not yet acquired, describe the manner proposed for its acquisition.

IF I AM AWARDED THIS CONTRACT I WILL PURCHASE A TRUCK.

5. With respect to the owner, partners, corporate officers, or majority stockholders, identify by name and place of employment any individual, spouse, minor child, or other blood relative residing in the same household, who is an employee of the U.S. Postal Service.

NONE

6. Identify the individuals *(owner, partners, officers, employees, etc.)* intended to have access to the mails or to postal operations areas during performance of the contract. Indicate which individuals, if any, have previously been screened by the Postal Service for such access.

EDWARD L. KEETER

## Assets and Liabilities Statement

Name

Date (As of)

| Assets | Name, Location or Description | Amount or Value | Liabilities | Basis for Loan | Amount |
|---|---|---|---|---|---|
| Cash in Bank | BANK OF YELLVILLE | 1,000.00 | Notes | | |
| Stocks and Bonds | | | | | |
| Notes | CONTRACT FOR DEED (HOUSE) YELLVILLE, AR (909 BROADWAY) | 38,000.00 | Chattel Mortgage | | |
| Real Estate | MOBILE HOME PARK SUMMIT, AR | 76,500.00 | Real Estate Mortgage | HOUSE (909 BROADWAY) YELLVILLE, AR | 26,000.00 |
| | RENTAL HOME (HWY. 62 EAST) YELLVILLE, AR | 35,000.00 | | HOUSE (HWY. 62 EAST) YELLVILLE, AR | 25,000.00 |
| | | | | MOBILE HOME PARK SUMMIT, AR | 65,000.00 |
| Vehicles | | | Taxes | | |
| Other | | | Other | | |
| | Total Assets | $150,500.00 | | Total Liabilities | $116,000.00 |

The undersigned authorizes the US Postal Service to make such inquiries as necessary to determine my financial responsibility and capability for performing under the proposed contract based on the pre-award survey information provided.

| Signature | Title | Date |
|---|---|---|
| Keeter, Inc. Edward L. Keeter, President | Owner | 5-9-02 |

PS Form **5472**, December 1991 *(Reverse)*

**USPS 0050**

UNITED STATES POSTAL SERVICE

# CONTRACT ROUTE SERVICE ORDER

| | | | |
|---|---|---|---|
| 2. CONTRACT NO. 72665 | 3. BEGIN CONTRACT TERM 07/01/2002 | 4. END CONTRACT TERM 06/30/2006 | 1. CONTRACT RATE OLD: $[illegible]7 PER ANNUM; NEW: $40,118.65 PER ANNUM |
| 5. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE YELLVILLE, AR | | CITY & STATE PEEL, AR |
| 6. NAME AND ADDRESS OF SUPPLIER KEETER INC 807 MC4018 YELLVILLE AR 72687-9081 | | | 7. THIS SPACE FOR ASC USE ONLY |

8. THE FOLLOWING ORDER IS HEREBY ISSUED

INSIGNIFICANT MINOR SERVICE CHANGE

Contract requirements are changed pursuant to the Changes clause as shown on the attached Statement of Work and Specifications.

CURRENT Boxes: 249

NEW Boxes: 1

------

NEW Total Boxes: 250

ROUTE EXTENSION: HEPTINSTALL
ADD 1 BOX AND .5 MILE

NEW OFFICIAL ROUND TRIP MILES = 104.3

Reviewed by: JW Date 12-22-3

ORDERED-IN By: [signature] Date 12-22-03

Adjust pay by $179.18 PER ANNUM, effective 11/29/2003.

Scheduled annual mileage 31,610.2; new rate per mile $1.26917

9. SIGNATURE OF CONTRACTING OFFICER [signature]

11. TITLE OF CONTRACTING OFFICER
MGR,TRANSPORTATION CONTRACTS

12. ADDRESS OF CONTRACTING OFFICER
SOUTHWEST DNO
SOUTHWEST AREA OFFICE
7800 N STEMMONS FRWY,SUITE 250
DALLAS TX 75247-4217

10. DISTRIBUTION
1 - Contracting Officer
2 - Accounting Service Center
3 - Administrative Official
4 - Supplier
5 - P&DC/F
6 - Customer Service District
7 - En Route Offices
8 Aline Jackson LIT

| 13a. DATE ORDERED | b. ORDER NO. | c. ROUTE ORDER NO. | d. BUDGET ACCOUNT NO. | e. FINANCE NO. |
|---|---|---|---|---|
| 12-22-03 | 752-01825-04 | 10 | 53605 | 04-5133 |

PS Form 7440
September 2001

UNITED STATES POSTAL SERVICE

**APPENDIX TO DEFENDANT'S R. 56 MOTION** **Page 51**

# CONTRACT ROUTE STATEMENT, SCHEDULE AND SPECIFICATIONS

| 1. CONTRACT | 2. ANNUAL MILES | 3. ANNUAL HOURS | 4. BEGIN CONTRACT TERM | 5. END CONTRACT TERM |
|---|---|---|---|---|
| 72665 | 31,458.7 | 1,894 | 01-JUL-02 | 30-JUN-06 |

6. FOR MAIL SERVICE IN OR BETWEEN — CITY & STATE: YELLVILLE, AR — CITY & STATE: PEEL, AR

7. TYPE OF ROUTE: Regular

8. TYPE OF SERVICE: Combination (Box Delivery/Transportation) (Box Delivery)

9. BOXES SERVED: 249

10. CASING RESPONSIBILITY: CONTRACTOR

11. VEHICLES

| QTY. | DESCRIPTION | LENGTH | CUBES | PAYLOAD |
|---|---|---|---|---|
| 1 | Pickup+camper/station wagon/car | | 90 | 1680 |

12. ADMINISTRATIVE P.M.: YELLVILLE AR

13. P&D/CSD: TYLER MSC

14. CLUSTER: LITTLE ROCK DIVISION

15. NAME & ADDRESS OF CONTRACTOR:
KEETER INC
807 MC4018
YELLVILLE AR 72687-9081

870-449-6269

16. NAME & ADDRESS OF SUBCONTRACTOR:

17. DOT NUMBER:

18. DOT NUMBER:

19. SUMMARY OF CONTRACT ACTIONS

20. PAYMENT METHOD: Per Annum

| ORDER NO. | ROUTE ORDER NO. | TYPE OF ACTION | EFFECTIVE | COST SEG | CURRENT ANNUAL UNITS | CURRENT CONTRACT RATE | CURRENT RATE PER MILE |
|---|---|---|---|---|---|---|---|
| 752-09499-02 | 3 | APPLY WAGE DETERMINATION | 01-JUL-02 | A | 31,458.70 | $39,487.92 | 1.25523 |
| 752-04422-02 | 1 | AWARD REGULAR SERVICE | 01-JUL-02 | A | 31,458.70 | $39,487.92 | 1.25523 |
| 752-04422-02 | | SOLICIT REGULAR SERVICE | 01-JUL-02 | A | 31,458.70 | $39,487.92 | 1.25523 |



PS Form 5443
November 1996

---

HCR ID: 72665 YELLVILLE, AR - PEEL, AR

BEGIN TERM: 01-JUL-02 END TERM: 30-JUN-06 DATE OF INTEREST: 01-JUL-02

LAST ACTIVITY: APPLY WAGE DETERMINATION EFF DATE: 01-JUL-02

CONTRACT TYPE: Regular

ROUTE TYPE: Combination (Box Delivery/Transportation) (Box Delivery)

ANNUAL MILES: 31,458.7 MULTI RATE: N SEGMENTS: A

ANNUAL HOURS: 1,894 SEASONAL: N FIN #: 04-5133 BUDG ACC #: 53609

ANNUAL BOXES: 249 TEAM DRIVER: N PVS COMP: N VAR COST %: 100

WAGE DET APPLIED: 77-0193(Rev.-32) (H1) and dated 29-MAY-02

| INTERSTATE MILEAGE | STATE | MILEAGE |
|---|---|---|
| | AR | 31,458.70 |

TOTAL INTERSTATE MILEAGE: 31,458.70 ANNUAL ROUTE MILEAGE: 31,458.70

TRAVERSED COUNTIES:
MARION, AR

CONTRACTOR ENTITY: CONTRACTOR TAX ID/SSN:

KEETER INC
807 MC4018
YELLVILLE AR 72687-9081

PHONE: 870-449-6269 COUNTY: MARION, AR

PARENT CO: TIN:

DOT RQMT: N DOT #: 0

MINORITY BUS: 0 SMALL BUS: Y WOMAN OWNED BUS: N NON-PROFIT BUS: N

MINORITY DESC: Not defined as a minority group

HCR ID: 72665. YELLVILLE, AR - PEEL, AR

COST SEGMENT: A DATE OF INTEREST: 01-JUL-02

| PAYMENT METHOD | ANNUAL UNITS | DRIVER CATEGORY |
|---|---|---|
| $39,487.92 Per Annum | 31,458.70 | DRIVER/CASER |

VEHICLE REQUIREMENT(S)

| QTY | DESCRIPTION | LENGTH | CUBES | PAYLOAD |
|---|---|---|---|---|
| 1 | Pickup+camper/station wagon/car | | 90 | 1680 |

VEHICLE SPECIFICS / COST DATA

| ITEM | QTY | SUM/VEHICLES | CST ITEM | COST STMT |
|---|---|---|---|---|
| VEH MILES/POWER | 1 | 31,458.70 | 1A.1 | |
| VEH MILES/TRLR | | | 1A.2 | |
| OPER COST MILES | 1 | 31,458.70 | 1B | 31,458.70 |
| VEH COST/POWER | 1 | | 1A.1 | |
| VEH COST/TRLR | | | 1A.2 | |
| REGIS COST | 1 | | 3 | $25.00 |
| INSURANCE COST | 1 | | 8 | $1,200.00 |
| FED/ST TAX COST | 1 | | 9 | |
| OIL QUARTS | 1 | 35.00 | 7 | 35.00 |

FUEL

| PER GAL | VEH GALLONS | TYPE | FUEL GALLONS | TYPE |
|---|---|---|---|---|
| $1.39900 | 2,423.00 | Regular Unleaded Gas | 2,423.00 | Regular Unleaded Gas |

| VEH INSUR POLICY NO | POLICY TYPE | RATE | END COVER | TOTAL AMOUNT |
|---|---|---|---|---|
| MV871599 | ANNUAL RATE | | 01-JUL-02 | $1,200.00 |

LINE 8 $1,200.00 SUM $1,200.00

DRIVER HOURS

| DRIVER CATEGORY | TOTAL HOURS | CST ITEM | ANNUAL UNITS |
|---|---|---|---|
| DRIVER/CASER | | 12 | |
| DRIVER/CASER | 1894 | 17 | 1894 |

BASIS FOR COST DATA

| | COST BASIS | CST ITEM | COST STMT |
|---|---|---|---|
| CPI DATE | 01-MAR-02 | | 01-APR-02 |
| OIL COST/QUART | $.00000 | 7 | $2.00000 |
| WAGE DET | 77-0193(Rev.-31) (H1) and dated 18-MAR-02 | | |
| GROSS RECEIPTS RATE | | | |

15A WAGES: Y 15B WAGES: Y 15C WAGES: Y 15D WAGES: Y

| PAYROLL TAXES | RATE | MAX TAXABLE | DATE |
|---|---|---|---|
| SOCIAL SECURITY | | | |
| STATE WORKMAN COMP | | | |
| FEDERAL UNEMP COMP | | | |
| STATE UNEMP COMP | | | |

# RENEWAL RFP

# Table of Contents

# Section A

# Sections D through M

# 3/12/97

(Updated 8/7/99)

## PART 1. SCHEDULE


**Section A. Items and Prices** A-3

A.1 ITEMS A-3

**Section B. *Statement of Work and Specifications*** B-

B.1 SCHEDULE, FREQUENCY, AND SERVICE REQUIREMENTS B-

B.2 VEHICLE REQUIREMENTS AND SPECIFICATIONS B-

B.3 GENERAL REQUIREMENTS AND PROHIBITIONS B-

B.4 LIABILITY FOR EQUIPMENT DAMAGE AND REPAIRS B-

B.5 SCREENING/IDENTIFICATION REQUIREMENTS B-

B.6 SAFETY REQUIREMENTS B-

B.7 INSURANCE REQUIREMENTS B-

B.8 ADDITIONAL INFORMATION B-

**Section C. Delivery or Performance** C-1

**Section D. Packaging and Marking** D-1

**Section E. Inspection and Acceptance** E-1

**Section F. Payment** F-1

F.1 PAYMENT (HIGHWAY) (Clause B-74) (January 1997) F-1

F.2 PAYMENT – FIXED PRICE (Clause 2-26) (January 1997) F-2

F.3 PAYMENT DUE DATE F-2

F.4 INTEREST (Clause B-22) (January 1997) F-2

F.5 DIRECT DEPOSIT F-2

**Section G. Special Clauses** G-1

G.1 DEFINITIONS (Clause B-1) (January 1997) (Modified) G-1

G.2 APPEALS TO NEXT HIGHER CONTRACTING AUTHORITY G-1


## PART 2. CLAUSES AND ATTACHMENTS


**Section H. General Clauses** H-1

H.1 ASSIGNMENT OF CLAIMS (Clause B-8) (January 1997) H-1

H.2 CLAIMS AND DISPUTES (Clause B-9) (January 1997) H-1

H.3 TERMINATION FOR CONVENIENCE (TRANSPORTATION) (Clause B-71) (January 1997) H-2

H.4 TERMINATION FOR DEFAULT (Clause B-13) (January 1997) (Modified) H-2

H.5 EVENTS OF DEFAULT (Clause B-69) (January 1997) H-3

H.6 ACCOUNTABILITY OF THE SUPPLIER (HIGHWAY) (Clause B-64) (January 1997) H-4

H.7 ADJUSTMENTS TO COMPENSATION (Clause B-65) (January 1997) H-5

H.8 CHANGES (TRANSPORTATION) (Clause B-67) (January 1997) H-5

H.9 EXAMINATION OF RECORDS (Clause B-14) (January 1997) H-7

H.10 ADVERTISING OF CONTRACT AWARDS (Clause B-25) (January 1997) (Modified) H-7

H.11 ORDER OF PRECEDENCE (Clause B-29) (January 1997) H-7

H.12 PERMITS AND RESPONSIBILITIES (SERVICES) (Clause B-30) (January 1997) H-7

H.13 CHANGES IN CORPORATE OWNERSHIP OR OFFICERS (Clause B-68) (January 1997) H-7

H.14 RELEASE OF SUPPLIER (Clause B-70) (January 1997) H-8

H.15 TRAILER DAMAGE (Clause B-73) (January 1997) H-8

H.16 PROTECTION OF THE MAIL (Clause B-77) (January 1997) H-9

H.17 RENEWAL (Clause B-78) (January 1997) H-9

H.18 FORFEITURE OF COMPENSATION (Clause B-79) (January 1997) H-9

H.19 LAWS AND REGULATIONS APPLICABLE (Clause B-80) (January 1997) H-9
H.20 INFORMATION OR ACCESS BY THIRD PARTIES (Clause B-81) (January 1997) H-9
H.21 ACCESS BY OFFICIALS (Clause B-82) (January 1997) H-9
H.22 GRATUITIES OR GIFTS (Clause 1-5) (January 1997) H-9
H.23 CONTINGENT FEES (Clause 1-6) (January 1997) H-10
H.24 NON-DISCLOSURE OF ADDRESS INFORMATION (Clause 1-7) (January 1997) H-10
H.25 SMALL, MINORITY AND WOMEN-OWNED BUSINESS SUBCONTRACTING REQUIREMENTS (Clause 3-1) (February 1999) (Incorporated by Reference) H-11
H.26 PARTICIPATION OF SMALL, MINORITY AND WOMAN-OWNED BUSINESS (Clause 3-2) (February 1999)
H-12
H.27 BANKRUPTCY (Clause 6-1) (January 1997) H-12
H.28 FEDERAL, STATE AND LOCAL TAXES (Clause 7-6) (January 1997) (Modified) H-12
H.29 CONVICT LABOR (Clause 9-1) (January 1997) H-13
H.30 EQUAL OPPORTUNITY (Clause 9-7) (January 1997) H-13
H.31 EQUAL OPPORTUNITY PREAWARD COMPLIANCE OF SUBCONTRACTS (Clause 9-9) (January 1997) H-14
H.32 SERVICE CONTRACT ACT (Clause 9-10) (January 1997) H-14
H.33 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (Clause 9-13) (January 1997) H-20
H.34 AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (Clause 9-14) (January 1997) H-20

**Section I. List of Attachments** I-1

## PART 3. SOLICITATION PROVISIONS

**Section J. *Instructions to Offerors*** J-2

**Section K. Solicitation Notices and Provisions** K-2

**Section L. Representations and Certifications** L-1
L.1 TYPE OF BUSINESS ORGANIZATION (Provision A-20) (January 1997) (Modified) L-1
L.2 PARENT COMPANY AND TAXPAYER IDENTIFICATION NUMBER (Provision A-21) (January 1997) L-1
L.3 AUTHORIZED NEGOTIATORS (Provision A-22) (January 1997) (Modified) L-1
L.4 PLACE OF PERFORMANCE (Provision A-23) (January 1997) L-1
L.5 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (Provision 1-1) (January 1997) L-1
L.6 CERTIFICATE OF NON-SEGREGATED FACILITIES (Provision 9-2) (January 1997) L-2
L.7 EQUAL OPPORTUNITY AFFIRMATIVE ACTION PROGRAM (Provision 9-3) (January 1997) L-2
L.8 CONTINGENT FEE REPRESENTATION (Provision 1-2) (January 1997) L-2

**Section M. Evaluation and Award Factors** M-1

# Part 1. Schedule

## *Section A. Items and Prices*

### A.1 ITEMS

The supplier shall provide the services as defined in the Statement of Work and Specifications in Section B.

## *Section F. Payment*

### F.1 PAYMENT (HIGHWAY) (Clause B-74) (January 1997)

*General.* This is a fixed price contract for highway transportation service to be provided according to the Statement of Work and Specifications. The basis for payment established for this contract is stated in the solicitation cover sheet. No adjustments will be made in contract price except as provided below or under other clauses of this contract.

Payment for services rendered under this contract will be made as follows:

a. The St. Louis Accounting Service Center (ASC) will pay the supplier automatically at the conclusion of each Postal Accounting Period for which payment is due.

   (1) If the fixed price is expressed as an annual rate, payment will be computed by dividing the annual rate stated in this contract by 365 (or 366 in any portion of the contract term beginning on July 1 of the calendar year preceding a leap year and ending on June 30 of the leap year), and multiplying that result by the number of days in that Postal Accounting Period. If this contract ends before the end of a Postal Accounting Period, payment will be based on the number of days within that period during which the contract was in force.

   (2) If the fixed price is expressed as a unit rate (per trip, round trip, etc.), payment will be computed based on the number of units certified by the Administrative Official at the close of each Postal Accounting Period.

b. From time-to-time the contracting officer may authorize (i) adjustments in compensation pursuant to the clause *Adjustments to Compensation* clause, or (ii) changes in service requirements or extra trips pursuant to the *Changes* clause. The Postal Service will file the appropriate documentation with the St. Louis ASC for such adjustments or changes and the supplier need not separately invoice for them.

c. The supplier must invoice for all payments not covered by paragraph a or b above.

   (1) Claims for damage to trailers must be filed and documented in accordance with Management Instruction PO-530-89-1, *Processing Trailer Damage Claims*, as amended, revised, or reissued from time to time.

   (2) Requests for payment for detours must be filed as provided under the detours provision of the *Changes* clause.

   (3) All other requests for payment must be submitted in accordance with the *Payment - Fixed Price* clause.

d. Deductions may be made from payments otherwise due the supplier under this contract or any other contracts held by the supplier, for any amounts for which the supplier is liable as damages or otherwise.

### F.2 PAYMENT – FIXED PRICE (Clause 2-26) (January 1997)

The Postal Service will pay the supplier, upon the submission of proper invoices or vouchers, the prices stipulated in this contract for work or supplies delivered and accepted or services rendered and accepted, less any deductions provided for by the contract. Unless the contract otherwise specifies, payment will be made on partial deliveries accepted by the Postal Service if:

a. The amount due on the deliveries warrants it; or

b. The supplier requests it and the amount due on the deliveries is at least $1,000 or 50 percent of the total contract price, whichever is less.

**F.3 PAYMENT DUE DATE**

Payment due for a Postal Accounting Period will be made by the St. Louis Accounting Service Center within 30 days following the end of that Accounting Period, or, if a separate invoice is required, within 30 days after the submission of a proper invoice. Interest will be paid for late payment commencing on the 31st day.

**F.4 INTEREST (Clause B-22) (January 1997)**

The Postal Service will pay interest on late payments and unearned prompt payment discounts in accordance with the Prompt Payment Act, 31 U.S.C. 3901 *et seq*., as amended by the Prompt Payment Act Amendments of 1988, P.L. 100-496.

**F.5 DIRECT DEPOSIT**

The Postal Service has in place a system for making payments to suppliers by direct deposit. The necessary forms can be obtained from the contract office or your banking institution. Direct deposit will be authorized (i) only if requested by the supplier, and then (ii) solely at the discretion of the Postal Service.

## *Section G. Special Clauses*

### G.1 DEFINITIONS (Clause B-1) (January 1997) (Modified)

As used in this contract, the following terms have the following meanings:

**Administrative Official:** Any Postal Service official designated by a contracting officer to supervise and administer a contract awarded under this solicitation.

**Contracting Officer:** The person executing this contract on behalf of the Postal Service, and any other officer or employee who is a properly designated contracting officer; the term includes, except as otherwise provided in the contract, the authorized representative of a contracting officer acting within the limits of the authority conferred upon that person.

**Contracting Officer's Representative:** A contracting officer's representative who acts within the limits of authority delegated by the contracting officer.

**Supplier:** The person or persons, partnership, or corporation named as supplier in this contract.

**Mail:** United States or foreign transit mail and the containers in which it is tendered for transportation. The term includes supplies and empty mail transportation equipment of the U.S. Postal Service.

**Postal Accounting Period:** A predetermined twenty-eight day period for postal accounting purposes.

**Postal Service:** The United States Postal Service.

**Route:** The route or routes as described in this contract, as the same may be extended, curtailed, or otherwise altered in accordance with the terms of this contract.

**Subcontractor:** A person, partnership, corporation or other legal entity to whom the supplier has lawfully subcontracted the performance of part or all of the service required by the contract.

### G.2 APPEALS TO NEXT HIGHER CONTRACTING AUTHORITY

a. Notwithstanding the *Termination for Convenience* clause, the supplier may appeal through the contracting officer to the next higher contracting authority either the contracting officer's decision to terminate the contract for convenience or non-renewal. Such an appeal shall be filed in writing by the supplier within ten days after receipt of "Notice of Termination, or Non-renewal." The supplier shall include in the appeal the following, as applicable:

   (1) A copy of the contracting officer's decision to terminate the contract for convenience or the decision not to renew the contract.

   (2) A copy of other related correspondence.

   (3) A statement of the action or failure to act, from which the appeal is taken.

   (4) A statement of the reasons why the contractor believes the action taken or failure to act is erroneous.

b. The contracting officer's decision to terminate a contract for convenience shall be stayed until decision on the appeal is rendered by the next higher level of contracting authority.

c. The decision of the contracting officer or the decision on appeal by the next higher level of contracting authority to terminate the contract for convenience or not to renew the contract is not a dispute under the *Claims and Disputes* clause.

# Part 2. Clauses and Attachments

## *Section H. General Clauses*

### H.1 ASSIGNMENT OF CLAIMS (Clause B-8) (January 1997)

a. If this contract provides for payments aggregating $10,000 or more, claims for monies due or to become due from the Postal Service under it may be assigned to a bank, trust company, or other financing institution, including any Federal lending agency, and may thereafter be further assigned and reassigned to any such institution. Any assignment or reassignment must cover all amounts payable and must not be made to more than one party, except that assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in financing this contract. No assignment or reassignment will be recognized as valid and binding upon the Postal Service unless a written notice of the assignment or reassignment, together with a true copy of the instrument of assignment, is filed with:

(1) The contracting officer
(2) The surety or sureties upon any bond; and
(3) The office, if any, designated to make payment, and the contracting officer has acknowledged the assignment in writing.

b. Assignment of this contract or any interest in this contract other than in accordance with the provisions of this clause will be grounds for termination of the contract for default at the option of the Postal Service.

### H.2 CLAIMS AND DISPUTES (Clause B-9) (January 1997)

a. This contract is subject to the Contract Disputes Act of 1978 (41 U.S.C. 601-613) ("the Act").

b. Except as provided in the Act, all disputes arising under or relating to this contract must be resolved under this clause.

c. "Claim", as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. However, a written demand or written assertion by the supplier seeking the payment of money exceeding $100,000 is not a claim under the Act until certified as required by subparagraph d.2 below. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount and is not acted upon in a reasonable time.

d.

(1) A claim by the supplier must be made in writing and submitted to the contracting officer for a written decision. A claim by the Postal Service against the supplier is subject to a written decision by the contracting officer.

(2) For supplier claims exceeding $100,000, the supplier must submit with the claim the following certification:

"I certify that the claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which the supplier believes the Postal Service is liable, and that I am duly authorized to certify the claim on behalf of the supplier."

(3) The certification may be executed by any person duly authorized to bind the supplier with respect to the claim.

e. For supplier claims of $100,000 or less, the contracting officer must, if requested in writing by the supplier, render a decision within 60 days of the request. For supplier-certified claims over $100,000, the contracting officer must, within 60 days, decide the claim or notify the supplier of the date by which the decision will be made.

f. The contracting officer's decision is final unless the supplier appeals or files a suit as provided in the Act.

g. When a claim is submitted by or against a supplier, the parties by mutual consent may agree to use an alternative dispute resolution (ADR) process to assist in resolving the claim. A certification as described in d(2) of this clause must be provided for any claim, regardless of dollar amount, before ADR is used.

h. The Postal Service will pay interest on the amount found due and unpaid from:

(1) The date the contracting officer receives the claim (properly certified, if required); or

(2) The date payment otherwise would be due, if that date is later, until the date of payment.

~~e.~~i. Simple interest on claims will be paid at a rate determined in accordance with the *Interest* clause.

~~f.~~j. The supplier must proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the contracting officer.

## H.3 TERMINATION FOR CONVENIENCE (TRANSPORTATION) (Clause B-71) (January 1997)

The contracting officer, on thirty days written notice, may terminate this contract or the right to perform under it, in whole or in part, when such action is in the best interest of the Postal Service. When a termination is effected under this clause, in the case of a highway transportation or domestic water transportation contract, the supplier shall be paid as liquidated damages the sum provided for in the *Changes (Transportation)* clause. For any other type of surface transportation contract, the Postal Service shall not be liable for any damages for a termination effected under this clause. The liquidated damages permitted by this contract, if any, constitute the supplier's full remedy for a whole or partial termination under this clause.

## H.4 TERMINATION FOR DEFAULT (Clause B-13) (January 1997) (Modified)

a.

(1) The Postal Service may, subject to paragraphs c and d below, by written notice of default to the supplier, terminate this contract in whole or in part if the supplier fails to:

(a) Complete the requirements of this contract within the time specified in the contract or any extension;

(b) Make progress, so as to endanger performance of this contract (but see paragraph d below; or

(c) Perform any of the other provisions of this contract (but see subparagraph a.(2) following).

(2) The Postal Service's right to terminate this contract under a.(1)(b) and (c) above may be exercised if the supplier does not cure the failure within three days (or more if authorized in writing by the contracting officer) after receipt of the notice from the contracting officer specifying the failure.

b. If the Postal Service terminates this contract in whole or in part, it may acquire similar supplies or services or complete the work, and the supplier will be liable to the Postal Service for any excess costs. However, the supplier must continue the work not terminated.

c. Except for defaults of subcontractors at any tier, the supplier is not liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the supplier.

d. If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of default is beyond the control of both the supplier and subcontractor, and without the fault or negligence of either, the supplier is not liable for any excess costs for failure to perform, unless the subcontractor supplies or services were obtainable from other sources in sufficient time for the supplier to meet the required delivery schedule.

e. If this contract is terminated for default, the Postal Service may require the supplier to transfer title and deliver to the Postal Service, as directed by the contracting officer, any completed supplies, partially completed supplies, and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights that the contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the contracting officer, the supplier must also protect and preserve property in its possession in which the Postal Service has an interest.

f. The Postal Service will pay the contract price for completed items delivered and accepted. The supplier and contracting officer may agree on the amount of payment for items delivered and accepted under paragraph e above for the protection and preservation of the property. Failure to agree will be a dispute under the *Claims and Disputes* clause. The Postal Service may withhold from these amounts any sum the contracting officer determines to be necessary to protect the Postal Service against loss because of outstanding claims.

g. If, after termination, it is determined that the supplier was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for convenience.

h. The rights and remedies of the Postal Service under this clause are in addition to any other rights and remedies provided by law or under this contract.

**H.5 EVENTS OF DEFAULT (Clause B-69) (January 1997)**

The supplier's right to perform this contract is subject to termination under the clause entitled *Termination for Default*. The following constitute events of default, and this contract may be terminated pursuant to that Clause.

a. The supplier's failure to perform service according to the terms of the contract;

b. If the supplier has been administratively determined to have violated Postal laws and regulations and other laws related to the performance of the service;

c. Failure to follow the instructions of the contracting officer;

d. If the supplier transfers or assigns its contract, except as authorized herein, or sublets the whole or a portion of this contract contrary to the applicable provisions of the USPS *Purchasing Manual* or without any required approval of the contracting officer;

e. If the supplier combines to prevent others from proposing for the performance of Postal Service contracts;

f. The supplier's failure to properly account, deliver and pay over moneys, mail and other property pursuant to this contract;

g. If the supplier or a partner, if the supplier is a partnership, or a principal owner or corporate officer, if the supplier is a corporation, (a) has been or is, during the term of the contract, convicted of a crime of moral turpitude affecting his or her reliability or trustworthiness as a mail transportation supplier, such as any form of theft, fraud, embezzlement or assault, or (b) associates with known criminals, or (c) otherwise is not reliable, trustworthy or of good character;

h. Any breach by the supplier or subcontractor of any warranty contained in PS Form 7465, Transportation Services Subcontract;

i. If the supplier allows any employed individual to operate a vehicle in connection with this contract who has a record indicating that it would be hazardous for that individual to do so;

j. If the supplier's transportation equipment is insufficient, inadequate, or otherwise inappropriate for the service;

k. If the supplier employs any individual in connection with the contract contrary to the instructions of the contracting officer;

l. If at any time the supplier, its principal owners, corporate officers or personnel are disqualified by law or regulation from performing services under this contract, and upon notice thereof, the supplier fails to remove any such disqualification;

m. If the supplier fails to establish and maintain continuously in effect insurance as required by this contract, or fails to provide proof of insurance prior to commencement of service and thereafter as required by the contracting officer'

n. If the supplier fails to provide any notification of a change in principal owners or corporate officers which this contract may require; or

o. If the supplier materially breaches any other requirement or clause of this contract.

**H.6 ACCOUNTABILITY OF THE SUPPLIER (HIGHWAY) (Clause B-64) (January 1997)**

a. The supplier shall supervise its operations and the operations of its subcontractors which provide services under this contract personally or through representatives. The supplier or its supervising representatives must be easily accessible in the event of emergencies or interruptions in service.

b. In all cases, the supplier shall be liable to the Postal Service for the Postal Service's actual damages if mail is subject to loss, rifling, damage, wrong delivery, depredation, and other mistreatment while in the custody and control of the supplier or its subcontractors.

The supplier shall also be accountable and answerable in damages for the faithful performance of all other obligations assumed under this contract, whether or not it has entrusted part or all of its performance to another, except

(1) the supplier is not liable for its failure to perform if the failure arises out of circumstances beyond its control, and without its fault or negligence, and

(2) the supplier is not liable for a failure of its subcontractors to perform if the subcontractor's failure arises out of circumstances beyond the supplier or the subcontractor's control, and without the fault or negligence of either.

c. The supplier shall faithfully account for and deliver to the Postal Service all

(1) mail,
(2) moneys, and
(3) other property of any kind belonging to or entrusted to the care of the Postal Service, that come into its possession during the term of this contract.

d. The supplier shall, promptly upon delivery, refund (i) any overpayment made by the Postal Service for service performed, or (ii) any payment for service not rendered.

**H.7 ADJUSTMENTS TO COMPENSATION (Clause B-65) (January 1997)**

Contract compensation may be adjusted, from time to time, by mutual agreement of the supplier and the contracting officer.

a. Any such adjustments shall be made in accordance with the provisions of this clause and any USPS Management Instruction governing adjustments in effect on the date of adjustment.

b. In connection with an adjustment, the contracting officer may examine such records and books of account maintained by the supplier as the contracting officer may deem necessary.

c. Adjustments in compensation pursuant to this clause shall be memorialized by formal amendment to the contract.

d. Should the Postal Service introduces procedures which affect the supplier's obligations with respect to the costs of fuel or taxes, the contract price will be adjusted with respect to those costs, pro rata, without entitlement to other compensation for those adjustments, subject to the resolution of any dispute about the adjustments under the *Claims and Disputes* clause.

**H.8 CHANGES (TRANSPORTATION) (Clause B-67) (January 1997)**

a. **Service Changes**

(1) Minor Service Changes. The contracting officer may, at any time, without consulting the supplier, issue orders directing an extension, curtailment, change in line of travel, revisions of route, or increase or decrease in frequency of service or number of trips and fixing an adjustment in the supplier's compensation which increases the supplier's rate of pay by no more than $2,500. If the supplier believes the increased cost of providing the service required by the order exceeds the increase made in compensation, it may request an adjustment of compensation for the service change.

(2) Other Service Changes. Service changes other than minor service changes, including increases or decreases in compensation, may be made by mutual agreement of the contracting officer and the supplier. Such changes shall be memorialized by formal amendment to the contract.

b. **Extra Trips**