**DEFAULT DAMAGES WORKSHEET**
**CONTRACT NO. 72665 – KEETER INC**
**TERMINATION EFFECTIVE: 02/20/2004**

**PART 1 – EXCESS TRANSPORTATION REPLACEMENT COST COMPARIOSN**

Replacement Contract Annual Rate: CON ID 726DU $41,206.21

Defaulted Contract Annual Rate: CON ID 72665 $42,808.93

Difference = $-1602.72 / 365 = -$4.39

$7.10 X 84* = $368.85

**TOTAL EXCESS TRANSPORTATION COST: -$368.85**

***Number of days left in Pay Cycle of default + 84 days (3 Pay Cycles)**

**PART II – ADMINSTRATIVE COSTS**

Cost per hour for secretary (word processor) = $16.31

Cost per hour for Contract Specialist = $25.22

Secretary four hours preparing solicitation, making distribution, sending out solicitation packages, preparing Award documents and making distribution of Award.

Contract Specialist 4.3 hours preparing solicitation and soliciting suppliers for offers. Additional six hours evaluating and making award.

Total secretary among = 4 hours X $16.31 = $ 65.24

Total Contract Specialist amount = 10.3 hours X $25.22 = $259.77

**TOTAL ADMINISTRATIVE COST: $325.00**

**PART III – TOTAL DAMAGES AND REPROCUREMENT COSTS: -$43.85*****

*****NOTE: NO MONEY IS TO BE RETURNED TO THE CONTRACTOR**

DISTRIBUTION NETWORKS
SOUTHWEST AREA

UNITED STATES POSTAL SERVICE

April 28, 2004

**CERTIFIED NO. 7003 2260 0007 1672 6683**
**RETURN RECEIPT REQUESTED**

Keeter, Inc
807 MC4018
Yellville AR 72687-9081

Re: Termination of Contract - HCR 72665

COPY

Dear Mr. Keeter:

Enclosed is a copy of Form 7440 terminating your right to perform service on Highway Contract Route 72665 as of the close of business February 20, 2004.

Your right to perform service on this route is terminated under Part 2, Section H.5.a. and b. of the RFP for failure to perform service according to the terms of the contract; and abandonment of route. You reported to the Yellville AR Post Office around 1500 on February 20, 2004 and turned in your badge and keys to Postmaster Linda Orr. A written statement was given to her at that time stating you had worked your last day for the United States Postal Service. You then faxed a copy of the same statement to our office. Since then you have not provided service on HCR 725A4, Yellville AR to Peel AR. A cure letter dated February 24, 2004, was mailed to you. The PS Form 3811 indicates you signed for the card on February 27, 2004.

Part 2, Section H.4 of your contract allows the Postal Service the right to seek damages equal to the actual excess costs incurred for the performance of this service through the remainder of the contract term, which is June 30, 2006. You will be notified when the Postal Service has determined the exact amount of damages owed.

This is the final decision of the Contracting Officer pursuant to the Contracts Disputes Act of 1978 and the clause of your contract entitled Claims and Disputes. You may appeal this decision to the Postal Service Board of Contract Appeals by mailing or otherwise furnishing written notice (preferably in triplicate) to the contracting officer within ninety (90) days from the date you receive this decision. The notice should identify the contract number, reference this decision, and indicate that an appeal is intended. Alternatively, you may bring an action directly in the United States Court of Federal Claims within twelve (12) months from the date you receive this decision.

PO BOX 225428
DALLAS TX 75222-5428
214-819-8808
FAX: 214-819-8799

Page
HCR 72665 Keeter Inc Termination

In taking an appeal to the Board of Contract Appeals, you may include in your notice of appeal an election to proceed under the Board's Small Claims (expedited) procedures, which provides for a decision within approximately 120 days. Or an election to proceed under the Board's accelerated procedure, which provides for a decision within approximately 180 days. If you do not make an election in the notice of appeal, you may do so by written notice anytime thereafter.

Sincerely,

EN Rodriguez
Manager, Transportation Contracts

Enclosure

cc: Administrative Official – Postmaster, Yellville AR

DISTRIBUTION NETWORKS
SOUTHWEST AREA

UNITED STATES
POSTAL SERVICE

April 28, 2004

Keeter, Inc.
807 MC4018
Yellville, AR 72687-9081

**CERTIFIED NO. 7003 2260 0007 1672 6676**
**RETURN RECEIPT REQUESTED**

Re: Decision - Contract Claim
Transportation Services Contract No. 72665
Keeter, Inc.

Dear Mr. Keeter:

The purpose of this letter is to respond to your March 10, 2004 claim submitted through your attorney.

On May 31, 2002, the USPS and Keeter, Inc. ("Keeter") executed Transportation Services Contract No. 72665. It was effective July 1, 2002. This contract called for Keeter to deliver mail and provide associated services to specific boxes on a designated schedule between Yellville and Peel, Arkansas. Keeter commenced performance of its duties under the contract.

On December 24, 2003, the USPS amended contract 72665 to add 52 new boxes to the contract. This amendment was to be effective January 24, 2004. Keeter objected to the modification. Beginning January 24, 2004, and at all times subsequent, Keeter refused to case, carry or deliver any mail associated with the 52 additional boxes. The USPS incurred additional expenses in getting the mail delivered to the 52 additional boxes and for a few days withheld a small percentage from Keeter's contract payments.

The USPS Administrative Official conducted a formal conference with Keeter to discuss the situation on January 30, 2004. Keeter remained steadfast in its refusal to case, carry and deliver mail associated with the 52 additional boxes. The Administrative Official sent Keeter a final request for service improvement on February 2, to no effect. On February 19, 2004, pay under the modification was adjusted effective January 31, 2004. On February 20, 2004, Keeter abandoned the entire route and has since failed to provide any service whatsoever. The USPS engaged an emergency contractor to service the route. I sent Keeter a notice of Default – Abandonment of Route on February 24. Keeter responded by filing its claim through counsel on March 10. You demanded:

1. A finding that the USPS breached Contract 72665.
2. $90,000 for payments due for the remainder of the contract term.
3. $15,000 attorney's fees.
4. $46,000 - $2,000 a day for each day Keeter was "written up."
5. Reimbursement of funds withheld from Keeter during the contract.
6. $100,000 punitive damages.
7. Removal of every "write up" and oral reprimand that he was issued.
8. A statement that the USPS will agree that Keeter performed exemplary service on his route.

PO Box 225428
DALLAS TX 75222-5428
214-819-8808
FAX: 214-819-8799

PLAINTIFF'S EXHIBIT

Page 2
HCR 72665 Keeter Inc

My responses to your demands follow:

Claim (1) – USPS Breach

I need not decide the issue whether the USPS breached the contract. On December 24, 2003, 52 additional boxes were added to your contract. You invoked the provisions of H.8.a. of the contract to decline the offer. At the same time, you refused to comply with your contractual obligations found later in that same provision – H.8.d. – to comply with all service changes pending dispute resolution under H.2. You then compounded your breach by abandoning the contract on February 20. Your abandonment of the contract rendered moot any purported breach by the USPS.

Claim (2) and (3) - $90,000 payments due for remainder of contract term and $15,000 attorneys fees.

I deny these claims. Keeter proffered no legal or contractual basis for these measures of damage and no evidence to support either amount claimed. Moreover, to the extent that Keeter would be entitled to any damages whatsoever, its sole recovery is limited to the measure of damages contained in Section H.8.e. (2).

Claims (4) and (6) - $46,000 "write up" damages and $100,000 punitive damages.

I deny these claims. Keeter proffered no legal, contractual or factual basis for either this measure of damage or the amount claimed. Punitive and exemplary damages are not recoverable.

Claim (5) Reimbursement for funds withheld.

I defer my response to this claim. Rather than complying with its contractual obligation to comply with the unilateral service change modification pending receipt of the response to his request for interpretation/appeal to the Contracting Officer, Keeter abandoned and refused to perform its obligations under the contract. As a result, the USPS incurred expenses to get the mail delivered that Keeter left at the station. The USPS withheld $424.80 from Keeter pursuant to Section F.1.d. for some of the costs it incurred in obtaining substituted delivery. As stated in the notice of termination for default, you will be subsequently apprised by separate letter of the exact amount of excess procurement costs you owe.

Claims (7) and (8) – Removal of "write-ups" and stipulation re quality of service.

I deny these claims. Rather than complying with its contractual obligation to comply with the unilateral service change modification pending receipt of a response to its request for interpretation/appeal to the Contracting Officer, Keeter refused to perform. Keeter breached its contractual obligations. The write-ups reflect this fact and will not be removed from its file. The facts regarding Keeter's quality of service/performance speak for themselves. Moreover, such equitable relief falls outside the scope of the contract-mandated remedies.

This is the final decision of the contracting officer. Under the Contract Disputes Act of 1978 and the clause of your contract entitled Claims and Disputes, you may appeal this decision to the Postal Service Board of Contract Appeals. If you decide to make an appeal to the Board of Contract Appeals by mailing or otherwise furnishing written notice (preferably in triplicate) to the contracting officer within 90 days from the date you receive this decision. The notice should identify the contract

by number, reference this decision, and indicate that you intend to appeal. Alternatively, you may bring an action directly in the United States Court of Federal Claims within twelve (12) months of the date you receive this decision.

In taking an appeal to the Board of Contract Appeals, you may include in your notice of appeal an election to proceed under the Board's Accelerated procedure, which provides for a decision within approximately 180 days. If you do not make an election in the notice of appeal you may do so by written notice anytime thereafter.

If you have any questions, you may contact Jeanette Wofford at 214-819-8823.

Sincerely,

E.N. Rodriguez
Manager, Transportation Contracts

CC: Christopher Carter, Esq.
P. O. Box 300
215 Old Main Street
Yellville, AR 72687

**Format for MTPH 2.6-II, Documenting Unsatisfactory Performance by a Contractor**
*Oral Communications Record* (Mandatory)

## ORAL COMMUNICATIONS RECORD

HCR No.: 72665

Date of Memorandum: 1-27-04

Date of communication: 1-24-04

Kind of communication (phone, face-to-face): Face to Face

Location, if face-to-face: Flats case

RECEIVED FEB 17 2004

Persons involved in the conversation:

Ed Keeter, Contractor
Debra S. Davenport, Officer in Charge

Irregularities discussed:

The contractor stated the day before the extension began he was refusing to deliver the mail for the new extension. I informed the contractor if he chose not to case and carry the extension mail Not to hand the mail back to the clerks or hand off the mail to another carrier who had previously carried the extension mail. Any mail, or hold mail or PS 4332 pertaining to the extension was to remain at his case and if he chose not to deliver the mail to place in a shelf on empty wing of his case and to put the packages back on the dumping table.

Contractor response to each irregularity:

He said "Okay"

Corrective actions to be taken:

Debra S. Davenport
(Administrative Official)

cc: Contractor
Contract File

**Format for MTPH 2.6-II, Documenting Unsatisfactory Performance by a Contractor**

*Oral Communications Record* (Mandatory)

## ORAL COMMUNICATIONS RECORD

HCR No.: 72665 Date of Memorandum: 1-27-04

Date of communication: 1-26-04

Kind of communication (phone, face-to-face): FACE-TO-FACE

Location, if face-to-face: FLATS CASE

Persons involved in the conversation:

ED KEETER, CONTRACTOR
LINDA ORR, POSTMASTER

Irregularities discussed:

DELAYING MAIL, NOT CASING MAIL, NOT DELIVERING MAIL.

Contractor response to each irregularity:

"I KNOW"

Corrective actions to be taken:

Linda L. Orr
(Administrative Official)

cc: Contractor
Contract File

**Sample 1 for MTPH 2.6-II, Documenting Unsatisfactory Performance by a Contractor**
*Request for Formal Conference on Unsatisfactory Service* (Mandatory)

## REQUEST FOR FORMAL CONFERENCE ON UNSATISFACTORY SERVICE

Certified No.: ____________________

Date:

Subject: Unsatisfactory Service
HCR No.: 72665 From: YELLVILLE To: PEEL BOAT DOCK

From: Administrative Official

To: Contractor

Dear ED KEETER:

Review of the irregularity file on your contract route shows there have been 4 Forms 5500 issued for violation of your contract requirements between 1-24-04 and 1-28-04. A listing is attached.

We have attempted in informal discussions with you to have these deficiencies corrected, but there has not been an acceptable service improvement. We must therefore schedule a formal conference with you to discuss this unsatisfactory service.

We request that you come to this office at 6:30 AM on JANUARY 30, 2004. Unless we hear from you by 1-29-04 we will assume that arrangements for this meeting are satisfactory and that you will attend.

Sincerely,

Administrative Official

Attachments

cc: Contracting Officer
Division
File

| | |
|---|---|
| January 24, 2004 | Intentional delay of 114 letters, 27 flats, and 6 parcels. |
| January 26, 2004 | ½ ft. of flats, ¼ ft. of letters, and 5 parcels not cased or delivered. |
| January 27, 2004 | ¼ ft. of flats, ½ ft. of letters 2 parcels, and 1 delivery confirmation not cased or delivered. Schedule specifies 8:15 as leaving time at Yellville—carrier left at 8:00. Schedule specifies arriving Peel at 9:30—carrier arrived 8:30. |
| January 28, 2004 | ¼ ft. of flats, ½ ft. of letters, and 2 parcels not cased or delivered. Schedule specifies 8:15 as leaving time at Yellville—carrier left at 8:00. Schedule specifies arriving Peel at 9:30—carrier arrived at 8:35. |

U. S. Postal Service
ROUTING SLIP

| To: | Dept., Office or Room No. |
|---|---|
| 1 Ed | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

- [ ] Approval
- [ ] Signature
- [ ] Comment
- [ ] See Me
- [ ] As Requested
- [ ] Information
- [ ] Read and Return
- [ ] Read and File
- [ ] Necessary Action
- [ ] Investigate
- [ ] Recommendation
- [ ] Prepare Reply
- [ ]

From: Linda

Extension

Room No.

Date 1-29-04

Remarks:

None of this mail is on the portion of your route that you are disputing. Please handle this appropriately. 5 1st class pieces of this has been delayed by you 3 days.

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

COPY

Nike Air Flash Conversion LARGE
[redacted] Lightweight synthetic leather upper with molded panel, Dynamic-Fit internal system. Full-length Phylon™ midsole wedge with encapsulated heel Air-Sole® unit. Advanced TPU plate with metal and plastic cleats.
• $94.99 Sz 6-13, 14, 15, 16. Wt. 15.5 oz.
Black/white/silver

[redacted]



Nike Flash Metal 3/4 LARGE
Lightweight synthetic upper, molded quarter panel adds lateral support. Contoured Phylon™ midsole wedge. TPU NTC plate with advanced cleat formation.
• $59.99 Sz 6-14, 15, 16. Wt. 15.6 oz.
07034011 Black/white

Eastbay.com

Eastbay
...Athletic SportSource™
...8066
...WI 54402-8066
...826-2205

Look inside! 16 pages of SUPER SAVINGS starting on page 37. Great deals on basketball, baseball, running and more. Limited supply! Order NOW!

Catalog Number
5986745841

Customer Number
022173262

Source Code
ESL42IE1

©200... JANUARY 2004
PRICES SUBJECT TO ...THOUT NOTICE
...Wausau, Wisconsin.

PRSRT STD
U.S. Postage
PAID
EASTBAY

OR CURRE...
*************AUTO...ENT
TONYA BELL
259 MARION COUNTY 20...2687
YELLVILLE AR 72687-96...

...lacquer finish. C... instant wall art by displaying the hankies in clear Lucite frame

RUE DE FRA...

CURRENT RESIDENT OR

NANCY BERGERON
261 MC 2054
YELLVILLE AR 72687



USPS 00259

**APPENDIX TO DEFENDANT'S R. 56 MOTION**



PRESORTED FIRST CLASS

LOWELL AR JAN 29 04

PB METER 67244

ARVEST BANK NCA - LEAD HILL
P O BOX 325
YELLVILLE AR
72687-2687

Address Service Requested

2nd time returned

ALICIA RENEE YOUNG
OR DEBORAH M YOUNG
310 MC 2048
YELLVILLE AR 72687

72687-9902 63

March of Dimes
P. O. Box 3358
Little Rock, AR 72203-3358

BIRTH DEFECTS FOUNDATION

U.S. POSTAGE PAID MARCH OF DIMES

Respond By:

303-353-072 441 83396 65

*****************MIXED AADC 901

[redacted]

Mr. Herbert C. Kunz
212 Marion County 2049
Yellville, AR 72687

00

# 2004 Annual Fund

*Saving babies, together*

72687/3333

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

ARVEST BANK - NCA
P.O. BOX 562
LOWELL, AR 72745

T3B**(01/20/04)**

RETURN SERVICE REQUESTED

IMPORTANT NOTICE

2nd time ret.

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PERMIT 3395
MPLS MN

00010 04019 2762218 000010:000053

JOANN MARGUERITE RINER
2770 MC 2700
YELLVILLE AR 72687

FIRST-CLASS MAIL

OPENING INSTRUCTIONS

CLOUD 9 SLEEP SHOP
1406 HWY. 62 E.
MTN. HOME, AR 72653
870-425-9680

2nd time returned

Robert & Mary Joiner
489 Daybreak Lane
Yellville, Ar. 72687

STATE OF ARKANSAS **APPENDIX TO DEFENDANT'S R. 56 MOTION**

DEPARTMENT OF FINANCE AND ADMINISTRATION
P.O. BOX 1272
LITTLE ROCK • 72203

02-001

PRESORTED FIRST CLASS

LITTLE ROCK AR JAN 2 2004

PB METER 6882470

2nd time ret.

JIMMIE
2071
YELLVILLE AR 72687

ARVEST BANK

ARVEST BANK, YELLVILLE
P.O. BOX 325
YELLVILLE, AR 72687

Member FDIC

YELLVILLE AR JAN 23 '04

U.S. POSTAGE

2nd time ret.

RENEE YOUNG
OR M YOUNG AC
YELLVILLE AR 72687

**Exhibit 2.6.2(d), Final Request for Service Improvement (Mandatory)**

# FINAL REQUEST FOR SERVICE IMPROVEMENT

Certified No.: ______________

Date: 2-2-04

Subject: Unsatisfactory Service

HCR No.: 72665 From: YELLVILLE To: PEEL BOAT DOCK

From: Administrative Official

To: Contractor

At our personal conference on 1-30-04 we discussed the unsatisfactory service performance on your contract route, as shown by a list of Forms 5500 issued for various irregularities.

Service has not improved, as the attached listing of additional Forms 5500 issued since our conference demonstrates.

I ask that you take whatever action is necessary to restore and maintain satisfactory service within 5 days of receipt of this letter. If you do not, your entire file will be referred to the contracting officer for appropriate attention. As we discussed in our conference, this may lead to an assessment of damages and/or termination of your contract. If your contract is terminated, you may be liable for damages, including the administrative costs of obtaining replacement service and any costs of the new service that exceed those of service under your contract.

Sincerely,

[signature]

Administrative Official

RECEIVED FEB 17 2004

Attachment (Additional Listing of Forms 5500)

cc: Contracting Officer
File (2)

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

DELIVERY CONFIRMATION NUMBER: 0303 3340 0001 3308 0131

Postmark Here
YELLVILLE AR FEB - 2 2004 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

H/C meeting at [illegible]

Formal [illegible] notes

1/30/04

PM Discussed 5500's with HC

Carrier notified he is quitting after 2 days

Carrier will not run xtra boxes for next 2 days.

Carrier .

PM to let carrier deal with Dallas

PRESENT

LINDA ORR - POSTMASTER YELLVILLE

VERL MARTIN POSTMASTER BULL SHOALS

ED KEETER CONTRACTOR 72665

RECEIVED FEB 17 2004

February 17, 2004

RECEIVED FEB 24 2004

HCR 72665

On January 30, 2004 at 6:30 am, a conference to discuss the unsatisfactory service on HCR 726[illegible] opened in the office of L. K. Orr, 408 W 4th St. Yellville.

In attendance were:

Ed Keeter, Contractor

Verl Martin, Postmaster, Bull Shoals AR

Linda Orr, Postmaster Yellville AR.

The Postmaster opened the meeting and advised the contractor that the Postal Service was greatly concerned over the unsatisfactory operation of the route, specifically omitted service.

The contractor was informed that omitted service cannot be tolerated and that it was necessary to provide the required service. The contractor stated that he was quitting and that he would work the next two days if the postmaster wished, but that Saturday, January 31 would be his last day. He would also not agree to service the 50 boxes he had been omitting from his route. The contractor was informed that he should contact the contracting officer in Dallas to submit his request to terminate the contract.

The contractor was informed that the file would be forwarded to the contracting officer for necessary action is the required service was not performed.

Sincerely,

Linda K. Orr

POSTMASTER
408 W. 4TH ST
YELLVILLE AR 72687-9998
(870) 449-6638
FAX: (870) 449-4188

7002 0510 0001 4064 4187

DISTRIBUTION NETWORKS
SOUTHWEST AREA

UNITED STATES POSTAL SERVICE

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

12665 Curve LTR 2-23-04

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001 See Reverse for Instructions

February 24, 2004

**CERTIFIED NO: 7002 0510 0001 4064 4187**
**RESTRICTED DELIVERY**

Keeter Inc
807 MC4018
Yellville AR 72687-9081

RE: HCR 72665 - Default – Abandonment of Route

Dear Mr. Keeter:

In your formal conference on January 30, 2004, you were told that omitted service cannot be tolerated. You were also reminded that all scheduled service is required on the route. Our records indicate that you have not continuously provided satisfactory service on your route, HCR 72665, Yellville AR to Peel AR. You have not provided service on the route since Friday, February 20, 2004. Therefore, you have failed to provide service according to the terms of the contract.

Please take immediate action to **restore all service** on this route **within three (3) days** of receipt of this letter or have your rights to perform on this route terminated for default. If your contract is terminated, you may be liable for damages, including the administrative costs of obtaining replacement service and any costs of the new service that exceed those of service under your contract.

If you have questions, please call Jeanette Wofford at (214) 819-8823.

Sincerely,

Johnny Lott
for EN Rodriguez
Manager, Transportation Contracts

cc Postmaster, Yellville AR 72687-9998
Aline Jackson, TANS Manager, Little Rock AR

PO BOX 225428
DALLAS TX 75222-5428
214-819-8808
FAX: 214-819-8799

United States Postal Service,

2-20-04

I have been a contract mail carrier for over a year and a half. I have liked my job and my brother and myself have done it well. Yellville Postmaster Linda Orr has attempted to forcibly change my route against my will and add about 20% to my workload. I have firmly stated for months to the Postmaster and the Sothwest Area Office in Dallas that I was not interested in this change. I wrote a letter to Dallas on January 31, 2003 in which I proved that this change was not according to the terms of our contract. The section of that contract which discusses service changes (H-8 of the RFP) clearly states that any change over $2,500.00 requires mutual agreement. If the formula in the contract is followed this change is over that amount. I have never agreed to this and in fact I have objected continuously. Postmaster Linda Orr and the Postal Service have been threatening to not pay me the whole contract amount due for this pay period unless I started to deliver the mail to those extra 52 boxes. The Postmaster has been delivering to those boxes and she says that I will have to pay her for her time. Does she think she should get her salary and part of my check also? The intent seems to be to force me to accept this unlawful addition to my contract by starving me into submission. I will not submit to this coercion.

Today I went to the bank to see if I had been paid according to our contract. I had not. The Postal Service held back $341.60 to give to Postmater Linda Orr. The United States Postal Service and Postmaster Linda Orr have obviously decided to break our agreement. Since the contract has been willingly and blatantly breached I have worked my last day for the United States Postal Service. There is no future working for an organization which does not keep it's agreements. Because of this breach I am demanding the remaining monies due for the remainder of my contract which is approximately two and one half years.

Sincerely,

Edward L. Keeter

Edward L. Keeter