United States Postal Service, 1-31-04

In the summer of 2002 I heard that two contract routes were coming up for bid north of Yellville, AR. I went to the Yellville Post Office and talked to the Postmaster Linda Orr about them. A big route was being split in two. I told her I would bid on the Peel route because of the hours and the number of boxes. I have my real estate license and this would give me time to do both. I am also developing a web site business. I got the bid and it has been a good job until now. In the summer of 2003 the Postmaster asked me if I would like to take over part of Dwayne Hoover's boxes on Highway 14. I told her I was not interested. I also told Jeanette at the Southwest Area Office of the United States Postal Service the same thing. I didn't hear anymore about it until December 1, 2003. The Postmaster informed me I would be taking over those boxes in January. I told her again I was not interested. She told me it didn't matter what I wanted. I called Jeanette the same day and told her I was not interested in doing this. She said everthing was already signed and approved. She asked me why I hadn't said anything about it. I said I had last summer and I thought it was all over. I didn't know Linda was trying to get it done again. Jeanette told me to read my contract and the section on major and minor service changes. I talked to Sandy Balogh who is a carrier from Flippin and she said that she didn't want to do it either. Later I got the extension papers from Dallas. I couldn't believe it.They wanted to add 52 boxes to my contract for $1,087.56. This works out to a whole $3.59 a day for about a 20% increase in workload.

On January 2, 2004 I noticed that my red book was gone and I figured that Postmaster Linda Orr had ordered labels with the new boxes on them. I consulted an attorney and he advised me not to start delivering the extra mail as this would be seen as acceptence of the change to my contract. He said that a 20% increase in work expectations could only be classified as a major change. I agreed. On January 5, 2004 I told Linda I would not be delivering those extra boxes. She said that I would. I told her I would not because it was in violation of my contract and due to the advice of my attorney that was all I was going to say on the matter.

I got to wondering how that 52 extra boxes could only add up to $1087.56. I found the formula for extra boxes and applied the numbers. A box increase of 52 x 3.64 = 189.28 extra hours. Not the 76 hours Linda was trying to give me. When I multiplied this by my hourly rate of $14.31 I got a total of $2,708.60 of extra money. I called Jeanette in Dallas and told her that this was above $2,500.00 which makes it a major service change. A major service change needs mutual agreement and Linda didn't have that. Jeanette asked me if she could call me back. She did and told me that Linda had stated that I had been overpaid somehow on the hours. This was the first time I had heard anything about this. It appears that Linda will stop at nothing to make me do this thing.

I would like to discuss this time factor. Linda Orr is saying that I am being allowed from 8:30 till 9:30 to get from Summit to Peel and it doesn't take that long. It doesn't but why does it matter? I am a contractor. I am not an hourly employee. I am getting paid to perform a task with my own expenses. I end up putting in my 6.5 hours anyway. The contract only allows 25 minutes to sort the mail at Peel which is not accurate. It takes much longer than that. Something else I learned to do is to take Summit's mail up with a seperate trip and then come back to Yellville to load Peel's mail. I do this at my own expense. I do this to get Yvonne Cackley's mail to her as soon as I can so she won't have to wait on me to start sorting it. She is the Postmaster at Summit. This also allows me to gain some time so I could drive straight through to Peel. I never dreamed this would be used against me. Now Linda is actually writing me up for getting to Peel early. This was never a problem until she needed some way to make me do something I don't want to do. She is also stating that I am leaving early. I have always left just as soon as the clerks got everything sorted and I was loaded up. I do have to wait on the Baxter Bulletin newspaper. She told us that if it is not there by 8:00 A.M. we are free to go. Now she is writing me up for leaving before 8:15 A.M. This is unbelievable. The real important fact is that I put in my 6.5 hours and more every day. Today I put in 7.5 hours. The contract states that all hours are appoximate. Does she know what this means? I have enclosed a copy of my time sheet from Peel. Where is all that extra time I am supposed to have?

There is something else regarding time. Even if I hadn't put in my proper time if this change was legitimate I would certainly be over it with the change in place. Linda tells me that those 52 extra boxes wouldn't take me over 10 minutes extra a day. Let us apply some math to the problem. There are 600 seconds in 10 minutes. If you divide that by 52 boxes that would allow just 11.53 seconds for each box from the first one to the last one. This is not considering casing, boxing, several miles of travel distance, and the fact that the vehicle has to start and stop for each one of those 52 boxes. Even if the boxes are together you still have to at least pull up. This is impossible.When my lawyer advised me not to deliver those boxes I thought of a potential benefit for me. It would be good if I could get something documented regarding the real time involved. I thought what better person to so this than Linda herself. It had been stated that she would try to charge me for delivering

Route 61's mail. To do this she would have to record the time in order to attempt to charge me for it. She provided this documentation for me in her own handwriting with her signature. I have enclosed copies. The average time she is trying to get me to pay her for for the past five days is 1 hour and 21 minutes. This is considerably more than 10 minutes. It is interesting that she is charging me as much as $95.33 for something she expects me to do for $3.59. I realize she is figuring in her time to get there and back but still it is easy to see that I would not be getting to Peel anywhere near 8:30 with the extra boxes. She is trying to increase my box count by about 20% at the same time not take into consideration the extra time it would take. Her math just does not work. In light of these facts it is clear that this is a major service change. The proper dollar increase is above $2,500 which needs to have mutual agreement. She does not have that agreement. She has no right to charge me for delivering that mail since her service change is not according to the terms of our contract.

I have also been written up for delaying mail for three days. I was told to put 61's mail on a shelf next to my case. That is what I have been doing. Linda says that I put some mail there that was not 61's. I'm sure I did. I am not familiar with the names and addresses of Dwayne Hoover's customers. Linda apparently kept giving the letters back to me knowing that it wasn't 61's or 63's mail instead of putting them in the "throwback" slot in the clerk's case. The mail was delayed but I'm not the one who delayed it. There is a clause in my contract concerning "sanctity of the mail". Are contract carriers held to higher standard of responsibility than Postmasters? I wouldn't think so. She is actually willing to delay someones mail for three days just to try and make me look bad.

What this is all about is a case of pure jealously.When I bid on this route Dwayne bid on the southern portion of the big route that was being split. He had been running the whole thing subbing for his brother. If anyone should have known how to bid it should have been him. It turned out that my bid was much better. I have been told that this really upset him. He seems to have become obsessed with me and my contract. When talk of a route change first started he stopped me out in the parking lot and told me "I could either take those boxes or take a pay cut". I wondered who put him in charge of my contract. Apparently he knew something that I did not. I am told he wanted the change because he could add 11 miles to his route which has a much greater multiplying factor than boxes which means more money for him. I would be happy for him if he wouldn't involve me in it. There is a problem at Yellville Post Office. Any time any facility has four family members working there they wield a lot of power and influence. (Debbie Davenport, Steve Hoover, Rhonda Hoover, and Dwayne Hoover- Steve is married to Rhonda, Debbie is Steve's sister, Dwayne is a brother to Steve and Debbie) One of them is a clerk who is acting Postmaster when Linda is gone and the other three are carriers. If one of them is not happy with something they can get it changed due to force of numbers. This is what happened in this situation. I like Debbie, Steve, and Rhonda. They are good people. I don't know what part they played if any. The point is that they wouldn't have to do anything much for Dwayne to get done what he wanted. Linda denies that this is the case. When she first told me about this extension she said it was everything north of Summit and that there was 30 boxes. I counted them and told her there was over 90. The next day she said she had checked with Dwayne and it was everything north of CCC Road and there was 50 boxes. I counted from there and there was 68. Now she is saying it starts somewhere north of even that. She didn't even know where the extension was without consulting Dwayne but yet she says he is not involved. Linda Orr has insulted my intelligence.

I wonder what I have done wrong in this situation. I bid on a contract and got it. My brother and I have done a good job. If records are kept on the number of mistakes you wouldn't find very many. I would like to keep this job but I won't sacrifice my dignity in order to do so. Linda has had it in for me ever since I rolled and totaled my Jeep in January of 2003. She actually was not going to pay me because she said I had not made an attempt to deliver the mail. I still can't believe she tried that one. I did get paid which she didn't like. A job with an atmosphere of harassment, intimidation, and threats is difficult to take sometimes. Since I do like the job however, I would like to continue on with my route if I can keep it as it is for the remainder of my contract. Dwayne wants more money so let him keep those 52 boxes. It seems that there is an attempt to make me out to be a problem here. I didn't draw up this route or the contract. I am simply wanting to do what I agreed to do according to the terms of that contract. A man can never go wrong when he is willing to stand for what is right.

Sincerely,

Edward L. Keeter

**1/02/04 @ 0858**

**HCR 72665 Ed Ketter**
**Insignificant Minor Service Change**

Contractor Ed Keeter called to state he was not in agreement with the service change on his route. He said he was not going to deliver the mail. He stated the change represented 20% more work at only $3.00 more for day. He said Contractor Duane Hoover still came along the same line of travel to make a turn and he could have kept the boxes and made the deliveries.

Mr. Keeter said he had another business and he did not want more work. The reason he had originally bid on the route was because he could do his other business and still make delivery on the route.

Keeter wanted me to call Postmaster Linda of Yellville and let her know he was not going to deliver the mail. I told him NO, that I was not getting involved in telling her that. I reminded him that she was his boss and she felt the change was in the best interest of the Postal Service.

I suggested that Ed continue to carry the mail because the 52 boxes he gained could decrease or they could increase but he would be paid for the increase. I told him he could be in jeopardy of losing his route for default if he did not do as instructed. He said he stood by his belief that this change was wrong. He felt the Postmaster favored the Hoover's and only did this to accompany them.

Contractor Balough was against the change also, but she is going to do the work according to the change.

Ed said he had talked to his lawyer and his lawyer felt the change was wrong. I told him to be careful, because his contract stated that there was a possibility changes could be made to his route.

His final words were He was not going to carry the new boxes. If the Postmaster put that work on his ledge he said he was going to give it back to her.

Jeanette Wofford (signature)
Jeanette Wofford
Contract Specialist

72665
Ed Keeter
1-28-4

Mark told Ed to put his grievance in writing concerning the service change. Send in brief scenario for review by this office. This is to be from the contractor and not the lawyer.

The contractor said I had not mentioned a recourse to him. I reminded him of our conversation Jan 2nd.

A certified copy of RFB, lastest change to his route and Wage Determination #35 was certified to Mr. Keeter.

Jeanette Wofford
Contract Specialist

Mark:
Need your expertise!
I would like for you to talk to this contractor before we get to the point of terminating him. He does not want the change

Thanks
Jeanette Wofford
1-27-4

72665
Ed Keeter
1-28-4

Mark told Ed Keeter we w/be deducting pay for Postmaster delivering the route. That includes 32¢ per mile for PM using her vehicle.

Mark said call PM and advise her that all carriers w/take bulk mail out the day it is tendered to all carriers.

Jeanette Wofford
Contract Specialist

72665
Ed Keeter
1-28-4

Mark told Ed to put his grievance in Writing concerning the Service Change. Send in brief scenario for review by this office. This is to be from the contractor and not the lawyer.

The contractor said I had not mentioned a recourse to him. I reminded him of our Conversation Jan 2nd.

A certified copy of RFB, lastest Change to his route and Wage Determination #35 Was certified to Mr. Keeter.

Jeanette Wofford
Contract Specialist

## Wofford, Jeanette X - Dallas, TX

**From:** Wofford, Jeanette X - Dallas, TX
**Sent:** Monday, January 26, 2004 3:19 PM
**To:** ~72687, Postmaster
**Subject:** RE: HC 72665

You should write up PS Form 5500s; conduct Oral Discussion and give contractor copy of paperwork indicating what was discussed and send copy to SWA DN; If no improvement do the Formal Discussion.

You will need to send me request to deduct money from contract. Indicate the mileage ran, dates, etc.

-----Original Message-----
**From:** ~72687, Postmaster
**Sent:** Monday, January 26, 2004 1:38 PM
**To:** Wofford, Jeanette X - Dallas, TX
**Subject:** HC 72665

I will get with Barbara and check the 4003s on Paul's route--I was gone last week and did not get your message until today.

In the meantime, the contractor on 72665 is not casing or delivering the boxes added to that route. No mail was delivered to those customers Saturday, and today I cased anhd delivered both days' mail. Do you want documentation on a daily, weekly or what frequency? My rate of pay is apparoximately $34.68 per hour plus whatever the current mileage rate is.

*L. K. Orr*
Postmaster
Yellville

2/10/04

## HCR 72665 Ed Ketter
## Insignificant Minor Service Change Adjustment

Contractor Ed Keeter submitted a complaint that he is being given no extra time for the additional 52 boxes on his route, but the Postmaster is claiming 1 hour plus for the deliveries she previously made on the route for the same 52 boxes.

The original formula indicated 189 annual hours be added (with route order no 12). We added only 76 hours. This change adds 112 hours making a total of 188 hours added to the route. This will allow contractor time for casing and delivery of boxes.

Jeanette Wofford
Jeanette Wofford
Contract Specialist

**Wofford, Jeanette X - Dallas, TX**

**To:** ~72687, Postmaster
**Subject:** Service change on routes 72665 & 726A3

Linda:
During our phone conversation last week, I had requested you send a narrative of the changes for these 2 routes for my file:

I show Ed Keeter (72665) gained 52 boxes for a total increase of $1,087.56
Duane Hoover (726A3) lost 12 boxes but gained 11 miles per day for an increase of $2,230.85

There were some changes to these routes that was not written into the service change narrative. Please include all information in your narrative of how many boxes added, boxes deleted, miles added, miles deleted from each route.
DID THESE 2 ROUTE CHANGES AFFECT ANY OTHER ROUTE?

THANKS
Jeanette

**Wofford, Jeanette X - Dallas, TX**

**To:** ~72687, Postmaster
**Subject:** RE: Service change on routes 72665 & 726A3

Linda:
Please include exact figures on each routes as to boxes added, boxes deleted, mileage added and mileage deleted.

ALSO, How may total boxes do you show for 72665?

Jeanette

-----Original Message-----
**From:** Wofford, Jeanette X - Dallas, TX
**Sent:** Friday, February 06, 2004 3:48 PM
**To:** ~72687, Postmaster
**Subject:** Service change on routes 72665 & 726A3
**Importance:** High

Linda:
During our phone conversation last week, I had requested you send a narrative of the changes for these 2 routes for my file:

I show Ed Keeter (72665) gained 52 boxes for a total increase of $1,087.56
Duane Hoover (726A3) lost 12 boxes but gained 11 miles per day for an increase of $2,230.85

There were some changes to these routes that was not written into the service change narrative. Please include all information in your narrative of how many boxes added, boxes deleted, miles added, miles deleted from each route. DID THESE 2 ROUTE CHANGES AFFECT ANY OTHER ROUTE?

THANKS
Jeanette

72665
2-9-4

HCR 72665 rec'd 52 boxes from HCR [redacted] 725A7 eff 1-24-03. The contractor did not want the new boxes and refused to carry the mail for those boxes. The Postmaster has been carrying the boxes.

A Formal conference has been scheduled. Jeanette + Mark McCague have both talked with the contractor. The contractor has filed a complaint against the service change. Jan 24th was first day of omitted service on new boxes.

Jeanette Wofford

**Wofford, Jeanette X - Dallas, TX**

**To:** ~72687, Postmaster

**Subject:** RE: 72665 1/27

The attachment is not legible (please mail).

Please use the HCR# INSTEAD of HC62, etc. AND RESEND TO ME FOR MY FILES. I need to get all information
so I can explain what happened to what route, etc.

1) The 52 boxes HCR 72665 GAINED: are they before Peel or after? (were the boxes out of Yellville or Peel?) Will this still put him in Peel 30 minutes early?

2) The route that lost 12 boxes and gained 11 miles: You state 52 boxes came from this route, but show he lost 12 boxes? He must have gained boxes from some route?

3) What territory did the one route lose that gave 52 boxes to HCR 72665? When in-line boxes come up what boundaries will be for 72665 and what boundaries for the other route since they both travel the same line of travel?

4) Please send me a marked up map for the 2 routes in question. The ones you sent were on 2 separate sheets and not too good for future use. I need to see the before and after for Hoover's route, AND the before and after for HCR 72665.

-----Original Message-----
**From:** ~72687, Postmaster
**Sent:** Tuesday, February 10, 2004 3:54 PM
**To:** Wofford, Jeanette X - Dallas, TX
**Subject:** 72665 1/27

HC 64 Flippin gave up 12 boxes to HC 62 Flippin. Lost 1.1 miles.

Hc 62 lost 40 boxes to HC 61 (726A3) Yellville. Lost 2.2 miles.

At this point, HC 62 had a total loss of 28 boxes and HC 61 (726A3) has a total gain of 40 boxes.

52 boxes were taken from HC 61 and added to HC 63 (72665). HC 61 has a total loss of 12 boxes and a gain of 11 miles. HC 63 has a gain of 52 boxes. 0 miles.

72665 arrives at Peel much earlier than the scheduled 9:30 time, usually at 8:30. He leaves Yellville 15 minutes prior to scheduled time.

72665 has 160 boxes out of Yellville. This includes the 52 boxes added by the change.

72665 has 144 boxes out of Peel.

*L. K. Orr*
Postmaster

U. S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 Jeanette | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

☐ Approval
☐ Signature
☐ Comment
☐ See Me
☐ As Requested
☐ Information
☐ Read and Return
☐ Read and File
☐ Necessary Action
☐ Investigate
☐ Recommendation
☐ Prepare Reply
☐

From: Linda

POSTMASTER
408 W 4TH ST
YELLVILLE AR 72687-9998

Extension

Room No.

Date 2-6-04

Remarks: I wish to have the contract for 72665 terminated due to unsatisfactory service.

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

## Wofford, Jeanette X - Dallas, TX

**From:** ~72687, Postmaster
**Sent:** Friday, February 20, 2004 3:19 PM
**To:** Wofford, Jeanette X - Dallas, TX
**Subject:** 72665

The contractor left me an envelope containing the building keys and his badge and said that I had violated his contract and that this was his last day. He also left a letter which I am scanning to you.

*L. K. Orr*
Postmaster
Yellville

**Wofford, Jeanette X - Dallas, TX**

**To:** Trachtenberg, Kimberly A - St. Louis, MO
**Subject:** HCR 72665

Contractor Ed Keeter on 72665 just quit his mail route. Please HOLD any monies due him until we can get the paperwork to you.

Thanks
Jeanette Wofford

# HCR 72665 Ed Ketter
# TERMINATION FOR DEFAULT

## FEBRUARY 23, 2004

**Postmaster Linda Orr of Yellville AR Post Office did a 4-route service change to eliminate the intermediate routes coming through her office. The routes involved were 72665, 72674, 72664 and 726A3. Contractor Ed Keeter on HCR 72665 was not in agreement with the change. He submitted a complaint that he was given no extra time for the additional 52 boxes on his route AND refused to deliver them. The Postmaster had said there was an error in his schedule that allowed him 1 hour from Peel to Summit post office. The schedule should have shown 30 minutes from Peel to Summit. The contractor claimed the Postmaster had made the error and it was not his fault. He felt he should have been allowed time for the extra boxes.**

**Postmaster Linda Orr has been making delivery since January 24, 2004 to the 52 additional boxes added to Mr. Keeter's route. He said the Postmaster was claiming 1 hour plus for the deliveries she said did not require any additional time on his route. After a deduction was submitted to PDC for services rendered by the Postmaster, the carrier came in Friday evening, turned in his keys and badge and left. He faxed a letter to this office and gave the Postmaster Linda Orr at Yellville AR a copy.**

**The contract is terminated for default – suspend funds.**

Jeanette Wofford
**Jeanette Wofford**
**Contract Specialist**

COPY

2-24-04
• Mailed Cure letter to Contractor.
• Contractor signed for Cure Letter 2-27-04
• No response as of 3-3-04.
Jeanette Wofford

OK MCl

**Wofford, Jeanette X - Dallas, TX**

**From:** Wofford, Jeanette X - Dallas, TX
**Sent:** Tuesday, March 02, 2004 11:47 AM
**To:** ~72687, Postmaster
**Subject:** RE: Cure Letter 72665

**Importance:** High

Linda:
Has Ed Keeter contacted you since February 25, 2004? We sent him a cure letter that he signed for on February 27th.

Jeanette Wofford

**U. S. Postal Service**
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 SW area | |
| 2 Jeanette Wofford | |
| 3 | |
| 4 | |
| 5 | |

☐ Approval
☐ Signature
☐ Comment
☐ See Me
☐ As Requested
☐ Information
☐ Read and Return
☐ Read and File
☐ Necessary Action
☐ Investigate
☐ Recommendation
☐ Prepare Reply
☐

From: [signature]

Extension

Room No.

Date 1-27-04

Remarks:

Please deduct the following from the pay of 72665.

1-26-04 2.5 HRS x 34.38 = 85.95
25 mi x 37.5¢ = 9.38
95.33

1-27-04 65 min x 34.38 = 36.10
26 mi x 37.5¢ = 9.75
45.85

POSTMASTER CASED + DELIVERED MAIL BOTH DAYS.

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

**U. S. Postal Service**
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 Transportation Office | |
| 2 Jeanette Wofford | |
| 3 | |
| 4 | |
| 5 | |

☐ Approval
☐ Signature
☐ Comment
☐ See Me
☐ As Requested
☐ Information
☐ Read and Return
☐ Read and File
☐ Necessary Action
☐ Investigate
☐ Recommendation
☐ Prepare Reply
☐

RECEIVED FEB 02 2004

From: [signature]

Extension

Room No.

Date 1-28-04

Remarks:

Pls deduct the following from 72665

1 HR = 34.38
26 m = 9.75
45.13

for Postmaster time + mileage spent this date delivering/casing mail

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U. S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. | |
|---|---|---|
| 1 Transportation | | ☐ Approval |
| 2 Jeanette | | ☐ Signature |
| 3 | | ☐ Comment |
| 4 | | ☐ See Me |
| 5 | | ☐ As Requested |
| | | ☐ Information |
| | | ☐ Read and Return |
| | | ☐ Read and File |
| | | ☐ Necessary Action |
| | | ☐ Investigate |
| | | ☐ Recommendation |
| | | ☐ Prepare Reply |
| From: Linda | | Extension |
| Date 1-30-04 | | Room No. |

RECEIVED FEB 0 2 2004

Remarks:

Please deduct the following from 72665 for 1-30-04.

| | |
|---|---|
| 70 MIN | 37.82 |
| 26 MILES | 9.75 |
| 50 BOXES | 3.60 |
| | $51.17 |

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U. S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. | |
|---|---|---|
| 1 Transportation | | ☐ Approval |
| 2 Jeanette | | ☐ Signature |
| 3 | | ☐ Comment |
| 4 | | ☐ See Me |
| 5 | | ☐ As Requested |
| | | ☐ Information |
| | | ☐ Read and Return |
| | | ☐ Read and File |
| | | ☐ Necessary Action |
| | | ☐ Investigate |
| | | ☐ Recommendation |
| | | ☐ Prepare Reply |
| From: Linda | | Extension |
| Date 1-29-04 | | Room No. |

POSTMASTER
408 W 4TH ST
YELLVILLE AR 72687-9998

RECEIVED FEB 0 2 2004

Remarks:

Please deduct the following from 72665

| | |
|---|---|
| 1HR | $34.38 |
| 26mi | 9.75 |
| | 44.13 |

additionally, I have neglected to ask that the actual pay for 50 boxes be deducted for 5 days including today. 5 x $3.60 = $18.00

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U.S. Postal Service
ROUTING SLIP

| To: | Dept./Office<br>Room No. | |
|---|---|---|
| 1 Transportation | | ☐ Approval |
| 2 Jeanette | | ☐ Signature |
| 3 | | ☐ Comment |
| 4 | | ☐ See Me |
| 5 | | ☐ As Requested |
| | | ☐ Information |
| | | ☐ Read and Return |
| | | ☐ Read and File |
| | | ☐ Necessary Action |
| | | ☐ Investigate |
| | | ☐ Recommendation |
| | | ☐ Prepare Reply |
| | | ☐ |
| From: Linda | | Extension |
| Date 2-4-04 | | Room No. |

Remarks:

Please deduct the following from pay of 72665:

| | | |
|---|---|---|
| POSTMASTER | 1 HR | $34.38 |
| | 26 mi | 9.75 |
| 50 MISSED BOXES | | 3.60 |
| | | $47.73 |

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)