U. S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 Transportation | |
| 2 Jeanette | |
| 3 | |
| 4 | |
| 5 | |

- ☐ Approval
- ☐ Signature
- ☐ Comment
- ☐ See Me
- ☐ As Requested
- ☐ Information
- ☐ Read and Return
- ☐ Read and File
- ☐ Necessary Action
- ☐ Investigate
- ☐ Recommendation
- ☐ Prepare Reply
- ☐

From: Linda

Extension

Room No.

Date 2-6-04

Remarks:

Please deduct the following from pay for 72665:

| | | |
|---|---|---|
| 2-5-04 | 1½ CLERK HRS | $ 32.75 |
| | 26 MILES | 9.75 |
| | 50 MISSED BOXES | 3.60 |
| | | $ 46.10 |
| 2-6-04 | 1 HR POSTMASTER | 34.38 |
| | 26 MILES | 9.75 |
| | 50 MISSED BOXES | 3.60 |
| | | $ 47.73 |

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U. S. Postal Service
ROUTING SLIP

| To: | Dept., Office or Room No. |
|---|---|
| 1 Transportation | |
| 2 Jeanette | |
| 3 | |
| 4 | |
| 5 | |

- [ ] Approval
- [ ] Signature
- [ ] Comment
- [ ] See Me
- [ ] As Requested
- [ ] Information
- [ ] Read and Return
- [ ] Read and File
- [ ] Necessary Action
- [ ] Investigate
- [ ] Recommendation
- [ ] Prepare Reply
- [ ]

From: Linda POSTMASTER
408 W 4TH ST
YELLVILLE AR 72687-9998

Extension

Room No.

Date 2-9-04

Remarks:

Please deduct the following from pay for 72665:

1 HR ~~POSTMASTER~~ 34.38 2-7-04
26 mi 9.75
50 MISSED BOXES 3.60

2-9-04
1 HR POSTMASTER 34.38
26 mi 9.75
50 MISSED BOXES 3.60

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U.S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 Transportation | |
| 2 Jeanette | |
| 3 | |
| 4 | |
| 5 | |

- ☐ Approval
- ☐ Signature
- ☐ Comment
- ☐ See Me
- ☐ As Requested
- ☐ Information
- ☐ Read and Return
- ☐ Read and File
- ☐ Necessary Action
- ☐ Investigate
- ☐ Recommendation
- ☐ Prepare Reply
- ☐

From: Linda

Extension

Date 2-10-04

Room No.

Remarks:

Please deduct the following from 72665's pay:

| | |
|---|---|
| 1 HR (PM) | 34.38 |
| 26 mi | 9.75 |
| 50 BOXES NOT DELIVERED | 3.60 |
| | $47.73 |

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U. S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 Transportation | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

- ☐ Approval
- ☐ Signature
- ☐ Comment
- ☐ See Me
- ☐ As Requested
- ☐ Information
- ☐ Read and Return
- ☐ Read and File
- ☐ Necessary Action
- ☐ Investigate
- ☐ Recommendation
- ☐ Prepare Reply
- ☐

From: Linda

Extension

Room No.

Date 2-11-04

Remarks:

Please deduct the following from pay on 72665 for 2-11-04:

| | |
|---|---|
| 1 HR POSTMASTER | 34.38 |
| 3/4 HR CLERK | 16.07 |
| 26 mi | 9.75 |
| 50 MISSED BOXES | 3.60 |
| | $53.80 |

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

2-12-04

Jeanette,

Please deduct the following from pay on HCR 72665:

2-12-04

| | | |
|---|---|---|
| 1 clerk (21.83) | 1 HR | 21.83 |
| 1 clerk (21.42) | 3/4 HR | 16.07 |
| 26 mi | | 9.75 |
| 50 MISSED BOXES | | 3.60 |
| | | $51.25 |

It takes about 15-20 minutes to case the mail for the added boxes, pull the mail, + load it into the vehicle.

Approximately 20 minutes is spent [illegible] delivery to the boxes.

[illegible] travel time to beginning of route from [illegible] office is 10 MIN. It takes another 15 [illegible] from end of route back to the office [illegible] I carry the mail & [illegible] [illegible] get paid ~~usually~~ [illegible] vehicle is [illegible]

[illegible]

Jeanette,
Please deduct the following from pay on HCR 72665:

2-12-04

| | | |
|---|---|---|
| 1 clerk (21.83) | 1 HR | 21.83 |
| 1 clerk (21.42) | 3/4 HR | 16.07 |
| 26 mi | | 9.75 |
| 50 MISSED BOXES | | 3.60 |
| | | $51.25 |

COPY

It takes about 15-20 minutes to case the mail for the added boxes, pull the mail, + load it into the vehicle.

Approximately 80 minutes is spent on actual delivery to the boxes.

Travel time to beginning of route from post office is 10 min. It takes another 15 minutes to get from end of route back to the office.

When I carry the mail I have a driver who does not get paid. [illegible] My vehicle is not designed for delivery, nor are the schedules of the clerks in this office.

If my driver is on leave, I am charging for my time + the time for 1 clerk to drive. If I am off, the time for 2 clerks is being charged.

According to the contractor, he received $3.60 per day for the added boxes. Since he is not delivering those boxes, I am deducting this amount.

Linda

POSTMASTER
408 W 4TH ST
YELLVILLE AR 72687-9998

RECEIVED
FEB 17 2004

U. S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 Jeanette | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

- ☐ Approval
- ☐ Signature
- ☐ Comment
- ☐ See Me
- ☐ As Requested
- ☐ Information
- ☐ Read and Return
- ☐ Read and File
- ☐ Necessary Action
- ☐ Investigate
- ☐ Recommendation
- ☐ Prepare Reply
- ☐

From: Linda

Extension

Date 2-13-04

Room No.

Remarks:

Please deduct the following from pay St 72665:

2-13-04

| | |
|---|---|
| 1 P.M. HR | 34.38 |
| 26 mi | 9.75 |
| 50 MISSED BOXES | 3.60 |
| | $47.73 |

FEB 17 ... RECEIVED

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

| U. S. Postal Service ROUTING SLIP | Dept., Office or Room No. | |
|---|---|---|
| To: | | ☐ Approval |
| 1 Transportation | | ☐ Signature |
| 2 Jeanette | | ☐ Comment |
| 3 | | ☐ See Me |
| 4 | | ☐ As Requested |
| 5 | | ☐ Information |
| | | ☐ Read and Return |
| | | ☐ Read and File |
| | | ☐ Necessary Action |
| | | ☐ Investigate |
| | | ☐ Recommendation |
| | | ☐ Prepare Reply |
| | | ☐ |
| From: Linda | | Extension |
| Date 2-17-04 | | Room No. |

Remarks: Please deduct the following from 72665:

2-14-04 1 HR PM 34.38
26 MILES 9.75
50 missed boxes 3.60
$47.73

2-17-04 1 1/2 HR PM 51.57
26 MILES 9.75
50 MISSED BOXES 3.60
$64.92

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U. S. Postal Service
**ROUTING SLIP**

| | Dept., Office or Room No. |
|---|---|
| To: 1 Dallas Transp. | |
| 2 Jeanette | |
| 3 | |
| 4 | |
| 5 | |

- ☐ Approval
- ☐ Signature
- ☐ Comment
- ☐ See Me
- ☐ As Requested
- ☐ Information
- ☐ Read and Return
- ☐ Read and File
- ☐ Necessary Action
- ☐ Investigate
- ☐ Recommendation
- ☐ Prepare Reply
- ☐

From: 2-18-08 [signature]

Extension

Room No.

Date

Remarks: 72665 Omitted service:

Deduct 34.38 1 HR PM work
9.75 26 miles
3.60 50 boxes not served.

$47.73

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

U.S. Postal Service
ROUTING SLIP

| To: | Dept., Office or Room No. |
|---|---|
| 1 Jeanette | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

- [ ] Approval
- [ ] Signature
- [ ] Comment
- [ ] See Me
- [ ] As Requested
- [ ] Information
- [ ] Read and Return
- [ ] Read and File
- [ ] Necessary Action
- [ ] Investigate
- [ ] Recommendation
- [ ] Prepare Reply
- [ ]

From: Linda

Extension

Room No.

Date 2-19-04

Remarks:

Please deduct from Z265 for omitted service:

2-19-04 1 HR POSTMASTER $34.38
26 MILES 9.75
50 MISSED DELIVERIES 3.60
$47.73

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)

APPENDIX TO DEFENDANT'S R. 56 MOTION



U. S. Postal Service
**ROUTING SLIP**

| To: | Dept., Office or Room No. |
|---|---|
| 1 Jeanette | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

- [ ] Approval
- [ ] Signature
- [ ] Comment
- [ ] See Me
- [ ] As Requested
- [ ] Information
- [ ] Read and Return
- [ ] Read and File
- [ ] Necessary Action
- [ ] Investigate
- [ ] Recommendation
- [ ] Prepare Reply
- [ ]

From: [signature]

Extension

Room No.

Date 2-23-04

Remarks:
Please deduct the following from pay to 72665 for omitted service on 2-20-04.
1 HR CLERK 21.42
26 MILES 9.75
58 missed boxes 3.60
$34.77

ITEM 0-13, Aug. 1976 (Additional Remarks on Reverse)