# In the United States Court of Federal Claims

No. 05-243 C

(Filed March 27, 2007)

* * * * * * * * * * * * * * * * * * * * * *
EDWARD KEETER and *
KEETER TRADING COMPANY, *
INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 20, 2007, defendant filed a Motion for Extension of Time to Submit Motion for Summary Judgment. The requested enlargement of time was for one day. Additionally, on this same day, defendant's counsel electronically submitted the subject Motion for Summary Judgment. Defendant's motion does not state plaintiffs' position on the subject matter. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED** and defendant's Motion for Summary Judgment shall be considered filed as of the date it was electronically submitted before the court, March 20, 2007.

/s/ Lynn J. Bush
LYNN J. BUSH
Judge