IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD KEETER AND
KEETER TRADING COMPANY, Inc. PLAINTIFFS

v. No. 05-243C
(Judge Bush)

UNITED STATES OF AMERICA DEFENDANT

JOINT STATUS REPORT

Now comes the Plaintiff Keeter Trading Company, Inc. by and through its attorney Christopher O'Hara Carter of the Law Offices of Christopher O'Hara Carter and Douglas J. Colton for the United States of America (the United States Postal Service, or "USPS") and for their JPSR state to the Court:

**(a) STATUS PURSUANT TO COURT ORDER OF JULY 17, 2007:** The parties have conferred and are at an impasse on the issues of damages and attorney fees and whether the United States Postal Service acted in bad faith with regards to the Plaintiff. Each party has presented its position and various cases in support of their position to the other as well as various proposals of settlement.

**(b) SUGGESTED COURSE OF ACTION:** The parties have looked at dates for depositions in Yellville, Arkansas in September, 2007 and Dallas, Texas during October, 2007 to make travel most convenient for possible witnesses. The parties would suggest to the Court that the most prudent course of action at this point would be to take the necessary depositions and submit those depositions together with briefs to the Court and the parties would also like to ask the Court to argue the case orally before the Court and the defendant certainly wants to reserve the right to call live

witnesses on any "bad faith" issues .before the Court and the defendant believes it may be more efficient to have a hearing in Texas or Arkansas and the plaintiff is not opposed to any of those requests..

(c) **DISCOVERY AND EXPERTS:** Neither party anticipates calling any experts. Depositions will be completed by the end of October, supplied to the parties by the end of November and the matter could be set for final disposition shortly the first of the year if the parties do not reach an amicable resolution.

KEETER TRADING CO., Inc

/s/ Christopher O'Hara Carter
Plaintiff's Attorney
THE LAW OFFICES OF CHRISTOPHER O'HARA CARTER, P.A.
P.O. Box 300
Yellville, AR 72687-0300
Tel: 870-449-2100
Fax: 870-449-2105
carterlaw@yellville.net

/s/ Douglas J. Colton

DOUGLAS J. COLTON
U.S. POSTAL SERVICE
475 L'Enfant Plaza, SW
Room 6323
Washington, DC 20260-1127
Tel: (202) 268-6408
Fax: (202) 268-5287
Douglas.j.colton@usps.gov