# In the United States Court of Federal Claims

No. 05-243 C

(Filed November 30, 2007)

* * * * * * * * * * * * * * * * * * * * * *
KEETER TRADING COMPANY, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 15, 2007, pursuant to the court's order of September 20, 2007, the court contacted the parties to conduct the scheduled telephonic conference call in the subject matter. However, when the parties were contacted by a Sprint operator, neither attorney was available at the contact numbers previously provided by counsel. Therefore, the parties shall confer and propose to the court a mutually acceptable date to reschedule the telephonic conference call to be held on the record on December 10, 11 or 14, 2007 at 2:00 p.m., eastern standard time.

Accordingly, it is hereby **ORDERED** that the parties shall **CONFER** and **CONTACT** chambers at 202-357-6532, on or before December 5, 2007, with their proposed date for the conference call.

/s/Lynn J. Bush
LYNN J. BUSH
Judge