# In the United States Court of Federal Claims

No. 05-243 C

(Filed December 3, 2007)

* * * * * * * * * * * * * * * * * * * * *
KEETER TRADING COMPANY, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 3, 2007, pursuant to the court's order of November 30, 2007, plaintiff's counsel contacted chambers and stated that defendant and plaintiff had conferred and agreed upon December 11, 2007 at 2:00 p.m., eastern time, as the date for the rescheduled telephonic conference call.

Accordingly, it is hereby **ORDERED** that a **Telephonic Status Conference** call shall be **HELD** on **December 11, 2007**, at **2:00 p.m., eastern time**, wherein counsel shall inform the court of the status of proceedings in the case, and the extent to which the parties have determined whether any or all of the instant matter may be settled. Counsel shall also inform the court of the progress the parties have made with regard to reaching an agreement as to quantum, as discussed in the court's order of September 20, 2007.

/s/Lynn J. Bush
LYNN J. BUSH
Judge