IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD KEETER AND
KEETER TRADING COMPANY, Inc. PLAINTIFFS

v. No. 05-243C
(Judge Bush)

UNITED STATES OF AMERICA DEFENDANT

PLAINTIFF'S WITNESS LIST

Now comes the Plaintiff Keeter Trading Company, Inc. by and through its attorney Christopher O'Hara Carter of the Law Offices of Christopher O'Hara Carter, P.A. and for its disclosure under Appendix A, 13(b) and this Court's order of December 13, 2007 lists the following six (6) individuals as witnesses and a short summary of their expected testimony:

**ED KEETER**

Mr. Ketter is the President and sole shareholder of Keeter Trading, Inc. He will testify that he made it clear to the USPS, specifically Administrative Official Linda Orr, Contract Specialist Jeanette Wofford and Senior Specialist Mark McCague that he did not want the changes contemplated by the USPS to his Home Carrier Route contract. He was asked to put his position in writing, which he did, he spoke orally to his administrative official, Contract Specialist and Senior Specialist again emphasizing that he did not want the change. He will testify that on January 2, 2004 prior to the effective date of the change he told contract specialist Jeanette Wofford that he would not accept the change, it did not comport with his contract. Jeanette Wofford instructed him to do as he was told or his contract could be terminated. Keeter will testify that on January 28, 2004 he had a

conference call with Wofford and McCague and McCague told him to put his position in writing, but he was to do it not his lawyer and he (Keeter) was going to do the work it did not matter what he thought. Keeter will testify about how he performed his contract, his exemplary record with the USPS, and his conversations and write-ups with his superior officials. He will testify the USPS did not once, and has not to this day, recognized his position and have never acknowledged his correct application of the contract. He will also testify that the changes were made solely to help Duane Hoover, another contract carrier, who kept comparing his route to Keeters and wanted changes to his contract. These changes were made because Duane Hoover's brother had a route of out Yellville and his sister is a clerk at the post office. That would be three persons in one family out of a total of eight employees or contract persons.

**TOMMY GRIFFIN**

Tommy Griffin has worked for the USPS since 1984. He worked at the Yellville office when Mr. Keeter was there and he will describe the hostile environment created there. He had conversation with Postmaster Orr who indicated she was giving Keeter thoses boxes whether he like it or not and if he didn't like it he could quit. He also socialized with Duane Hoover who was upset that Keeter was making more money for doing less than half the route. Hoover clearly indicated to Griffin he was going to get part of his route taken off and put on Keeter's route. He will also testify that he overheard Duane Hoover, Deb Davenport and Steve Hoover (The 3 brothers and sisters) discussing changing the route and going to the postmaster to get it done.

**LINDA ORR**

Linda Orr was the Yellville, Arkansas postmaster at Keeter Trading's Administrative Official (The defendant has proposed stipulated facts as to Orr. McCague, Wofford and Rodriquez which the plaintiff can stipulate to). She will testify that she and Duane Hoover divided Mr. Hoover's route and others and Mr. Hoover made the determination as to which boxes should be given to Keeter. She will testify as to how she came up with figures and submitted them to Jeanette Wofford and her subsequent deliver of those 52 boxes and her requests to sanction and terminate Keeter.

**MARK McCAGUE**

Mr. McCague is the senior contract specialist. He signed off on a number of contracts and changes but will testify that is largely an administrative function because the postmaster prepares the figures and the contracting officer reviews them. The figures looked right to him so he signed off. He will testify that when his deposition was taken on October 16, 2007 he still does not understand Keeter's position and does not remember the telephone call of January 28, 2004 with Keeter and Wofford.

**ERACIO N. RODRIGUEZ**

He will testify that he is the head individual. He is very busy and cannot remember things involving little contracts like Keeters. He will explain why he did not apply the contract formula and refused to address it with Mr. Keeter and perhaps explain why no one else at the USPS did either.

**JEANETTE WOFFORD**

Jeanette was the contract specialist and Keeter's immediate supervisor. She will testify that on January 2, 2004 Keeter told her he would not accept the change and she informed him that he had to do as instructed. She will testify that the figures she used came directly from

Postmaster Linda Orr to create the first change order. She will testify that she later had to ask Linda Orr via email on a number of occasions to explain the situation. She had Keeter's letter of January 31, 2004 explaining the formula in great detail and that it was a major change he did not accept. She recalculated the figures and even inquired of Orr about the family relationships at the post office to which Postmaster Orr took great offense. She will oncede that while she pushed it through as a "insignificant minor change", that in reviewing the figures it was in fact a major change. "It would be a negotiated change". She would negotiate it but it had to be Mark McCague who would have to sign off. She will concede she never negotiated with Keeter. She knew the postmaster very much wanted the change and Keeter was against it.

KEETER TRADING CO., Inc

/s/ Christopher O'Hara Carter
Plaintiff's Attorney
THE LAW OFFICES OF CHRISTOPHER O'HARA CARTER, P.A.
P.O. Box 300
Yellville, AR 72687-0300
Tel: 870-449-2100
Fax: 870-449-2105
carterlaw@yellville.net