# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## No. 05-243 C

| | | |
|---|---|---|
| ************************************** *** | ) | |
| EDWARD KEETER and | ) | |
| KEETER TRADING COMPANY, INC., | ) | |
| *Plaintiffs* | ) | CASE 1:05-CV-00243-LJB |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| *Defendant* | ) | |
| ****************************************** | ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant's Exhibits ("*DXH*") listed below were either produced to plaintiff previously or are provided with this Exhibit List. The production in which an Exhibit can be found is indicated as noted:

| | |
|---|---|
| DEFENDANT'S RULE 26A DISCLOSURES | **DISC** *[at page N]* |
| APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT | **MSJA** *[at page N]* |
| DOCUMENTS PRODUCED AT DEPOSITIONS | **DOC** |
| DOCUMENTS FROM AO PROPOSING ROUTE CHANGES | **RTCH** |
| DOCUMENTS PRODUCED WITH EXHIBIT LIST | **ENCL** |

***INTENDED EXHIBITS:***

| DXH No. | | DESCRIPTION | SOURCE |
|---|---|---|---|
| **1** | ***AO proposal and route change document*** [20 pps] *(12/05/03)* | | **RTCH** |
| **2** | ***ROUTE SERVICE ORDER*** *(12/24/03)* | | **MSJA** 89 |
| **3** | **A** | ***Formula for added boxes*** | **DISC** 18 |
| **3** | **B** | ***USPS Form 7468A "Cost Statement"*** *(05/19/02)* | **DISC** 12 |

| | | | |
|---|---|---|---|
| **4** | **A** | ***"HIGHWAY CONTRACT ROUTES – BOX DELIVERY SERVICE" HANDBOOK PO-504*" *(March, 1989)*** | **ENCL** |
| **4** | **B** | ***"HIGHWAY CONTRACT ROUTES – BOX DELIVERY SERVICE" HANDBOOK P-5 (July 2001)*** | **ENCL** |
| **5** | | Excerpts from ***SWDNO "ADMINISTRATIVE OFFICIAL'S MANUAL FOR HIGHWAY CONTRACT ROUTES" (circa 1995)*** | **DOC** |
| **6** | | SWDNO fax ***"POLICY ON ADDITIONAL EN ROUTE BOXES" (02/12/99 )*** | **DOC** |
| **7** | | ***Plaintiff grievance letter (01/31/04)*** | **MSJA** 117-118 |
| **8** | | ***Wofford memo to File (02/10/04)*** | **MSJA** 124 |
| **9** | | ***ROUTE SERVICE ORDER (02/19/04)*** | **MSJA** 92 |
| **10** | | ***Emails DNO to/from AO (02/10-11/04)*** | **RTCH** 1-2 |

***POSSIBLE OTHER EXHIBITS***

| **DXH No.** | | **DESCRIPTION** | **SOURCE** |
|---|---|---|---|
| **11** | **A** | ***Contract STATEMENT OF WORK (at 07/01/02)*** | **MSJA** 26-28 |
| **11** | **B** | ***Contract STATEMENT OF WORK (at 01/24/04)*** | **RTCH** 18-20 |
| **12** | **A** | ***Notification of contract award (05/31/02)*** | **MSJA** 40-41 |
| | **B** | ***Suspension of contract (02/24/04)*** | **MSJA** 93 |
| | **C** | ***Default termination of contract (04/29/04)*** | **MSJA** 95 |
| **13** | | ***Wofford Memo to File (01/02/04)*** | **MSJA** 119 |
| **14** | | ***ORAL CONTACT REPORT (01/24/04)*** | **MSJA** 103 |
| **15** | | ***ORAL CONTACT REPORT (01/27/04)*** | **MSJA** 104 |
| **16** | | ***REQUEST FOR FORMAL CONFERENCE (c. 01/27/04)*** | **MSJA** 105-106 |
| **17** | | ***Wofford note to McCague (01/27/04)*** | **MSJA** 121 |
| **18** | | ***Handwritten note re telephone conference (01/28/04)*** | **MSJA** 120 |
| **19** | | ***Memorandum to Plaintiff (01/29/04)*** | **MSJA** 107–111 |
| **20** | | ***Notes from conference (01/30/04)*** | **MSJA** 113-114 |
| **21** | | ***Final Request for Improvement (02/02/04)*** | **MSJA** 112 |
| **22** | | ***AO note to DNO (02/12/04)*** | **MSJA** 142-143 |
| **23** | | ***Plaintiff letter to USPS (02/20/04)*** | **MSJA** 116 |

| | | |
|---|---|---|
| **24** | ***Emails regarding route imbalances*** *(July, 2002)* | **DISC** 44 |
| **25** | **Defendant's *REQUESTS FOR ADMISSIONS (FACTS v2)*** | **MSJA** 1-8 |

February 8, 2008

Respectfully submitted:

/s/ Douglas J. Colton

________________________

**DOUGLAS J. COLTON**
475 L'ENFANT PLAZA SW
RM. 6323
WASHINGTON, D.C. 20260-1127
TEL. 202.268.6408
FAX. 202.268.5287
*douglas.j.colton@usps.gov*

COUNSEL FOR DEFENDANT
UNITED STATES POSTAL SERVICE

## CERTIFICATE OF SERVICE

I certify that on February 8, 2008 the foregoing *DEFENDANT'S EXHIBIT LIST* was served on plaintiffs herein by electronic transmission to counsel's known email address, and also by placing a true copy thereof in the United States Mail, First Class postage prepaid, addressed to:

**CHRISTOPHER O'HARA CARTER, ESQ.**
**P.O. BOX 300**
**YELLVILLE, ARKANSAS 72687-0300**

/s/ Douglas Colton