# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## No. 05-243 C

| | | |
|---|---|---|
| ************************************ | ) | |
| EDWARD KEETER and | ) | |
| KEETER TRADING COMPANY, INC., | ) | |
| *Plaintiffs* | ) | CASE 1:05-CV-00243-LJB |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| *Defendant* | ) | |
| ************************************ | ) | |

## DEFENDANT'S WITNESS LIST

**ERACIO N. RODRIGUEZ**

Mr. Rodriguez is the MTC/CO at SWDNO. He will testify as to his role in the addition of 52 *en route* mailboxes to the plaintiff's contract; increases in compensation determined in connection with that addition; and his understandings and intentions in authorizing the actions taken.

**LINDA ORR**

Linda Orr was the Yellville, Arkansas PostMaster assigned as Administrative Official for plaintiff's box delivery route. She will testify about configuration of the route for HCR 72665, and her recommendation to the DNO for its restructuring; her observations of and communications with plaintiff concerning operation of the route; and her interactions with the DNO regarding the route and plaintiff's performance of it.

**JEANETTE WOFFORD**

Jeanette X. Wofford was a Contract Specialist at the SWDNO to whom HCR 72665 was assigned during these events. She will testify about the process by which 52 mailboxes were added to HCR 72665 in 2003; how and why compensation was set for the added boxes; dealings with plaintiff in January and February of 2004; how and why plaintiff's compensation was further increased in February, 2004; and her understandings and intentions regarding these events.

**MARK MCCAGUE**

Mark McCague was a Senior Specialist at the SWDNO to whom HCR 72665 was assigned during these events. He will testify about the process by which 52 mailboxes were added to HCR 72665 in 2003; how and why compensation was set for the added boxes; dealings with plaintiff in January and February of 2004; how and why plaintiff's compensation was further increased in February, 2004; and his understandings and intentions regarding these events.

**EDWARD L. KEETER**

Mr. Keeter was the owner and President of plaintiff, and will testify as to plaintiff's statements, conduct, and observations in these events

February 8, 2008

Respectfully submitted:

/s/ Douglas J. Colton

________________________

**DOUGLAS J. COLTON**
475 L'ENFANT PLAZA SW
RM. 6323
WASHINGTON, D.C. 20260-1127
TEL. 202.268.6408
FAX. 202.268.5287
*douglas.j.colton@usps.gov*

COUNSEL FOR DEFENDANT
UNITED STATES POSTAL SERVICE

## CERTIFICATE OF SERVICE

I certify that on February 8, 2008 the foregoing DEFENDANT'S WITNESS LIST was served on plaintiffs herein by electronic transmission to counsel's known email address, and also by placing a true copy thereof in the United States Mail, First Class postage prepaid, addressed to:

**CHRISTOPHER CARTER, ESQ.**
**P.O. BOX 300**
**YELLVILLE, ARKANSAS 72687-0300**

/s/ Douglas Colton