IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD KEETER AND
KEETER TRADING COMPANY, Inc. PLAINTIFFS

v. No. 05-243C
(Judge Bush)

UNITED STATES OF AMERICA DEFENDANT

PLAINTIFF'S EXHIBITS LIST

Now comes the Plaintiff Keeter Trading Company, Inc. by and through its attorney Christopher O'Hara Carter of the Law Offices of Christopher O'Hara Carter, P.A. and for its disclosure under Appendix A, 13(a) and this Court's order of December 13, 2007 lists the following 60 exhibits which may be introduced at trial:

**NOTE:** All exhibits are listed here in chronological order although many will be introduced as a compilation for example there are 23 Form 5500's and 17 notes from Linda Orr to Jeanette Wofford asking that pay be deducted from Keeter. These will be offered as 1 exhibit.

"Doc" refers to the document number in the Defendant's Rule 26 disclosures.

1. 7-30-02 emails between Jeanette Wofford and Linda Orr regarding Hoover/Keeter disparity Doc 044
2. 1-02-04 Notes for file from Jeanette Wofford "I told him he could be in jeopardy of losing his route for default if he did not do as instructed." Doc 417
3.1-24-04 Form 5500 first write up for non delivery of mail doc 218
4. 1-26-04 Email from Linda Orr to Jeanete Wofford-here is my rate of pay Doc. 073
5. 1-26-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 219
6. 1-27-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 331
7. 1-27-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 220
8. 1-27-04 Note from Jeanette Wofford to Mark McCague about termination doc 294

9.1-27-04 emails from Jeanette Wofford to Linda Orr requesting information on changes Doc 190
10. 1-28-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 331
11. 1-28-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 221
12. 1-28-04 Notes from 1-28-04 phone call "Mark told Ed Keeter we will be deducting pay for the postmaster delivering the route" Doc. 294
13. 1-29-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 330
14. 1-29-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 222
15. 1-30-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 330
16. 1-30-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 223
17. 1-31-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 243
18. 2-2-04 Orr to Keeter, Form 152 damages/termination letter doc 225
19. 2-2-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 241
20. 2-2-04 email from Linda Orr to Jeanette Wofford asking to start termination procedure Doc 207
21. 2-3-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 239
22. 2-4-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 357
23. 2-4-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 237
24. 2-5-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 235
25. 2-6-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 355
26. 2-6-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 234
27. 2-6-04 Note from Linda Orr to Jeanete Wofford- I wish to have contract terminated due to unsatisfactory service Doc. 354
2-6-04 emails between Orr and Wofford setting out Hoover/Keeter changes Doc 189
28. 2-7-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date
29. 2-9-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 351
30. 2-9-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 232
31.2-9-04 Memo to file from Jeanette Wofford scheduling formal conference Doc 328
32. 2-9-04 email from Orr to Swofford-we need to begin termination proceedings Doc 212
33. 2-10-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 349
34. 2-10-04 Route Service Order deduct $424.80 Doc 324-325
35. 2-10-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 350

36.2-10-04 Contract service order deducting pay Doc 324
37 2-10-04 Note from Jeanette Wofford to file noting the correct formula Doc 124
38. 2-11-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 347
39. 2-11-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 348
40. 2-12-04 letter from Linda Orr to Jeanete Wofford-please deduct pay and long explanation of the time it taks for the 52 boxes Doc. 313
41. 2-12-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 346
42. 2-13-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 315
43.. 2-13-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 344
44. 2-14-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 342
45. 2-17-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 340
46. 2-17-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 341
47. 2-17-04 emails between Jeanette and Linda re Keeter's complaint Doc 568
48. 2-17-04 Letter addressed to Keeter from Orr eplaing 1-30-04 conference Doc 292
49. 2-18-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 338
50. 2-18-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 339
51. 2-19-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 336
52. 2-19-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 337
53. 2-20-04 Linda Orr to Ed Keeter Form 5500 here is my rate of pay for this date Doc 335
54. 2-20-04 Keeter letter regarding breaking contract Doc 571
55. 2-23-04 Note from Linda Orr to Jeanete Wofford-please deduct pay Doc. 334
56. 2-23-04 termination letter "He submitted a letter that he was given no additional time for the 52 boxes on his route AND refused to deliver them."
57. 4-28-04 Decision and letter from E.N. Rodriquez stating "I need not decide the issue as to whether the USPS breached the contract" doc 536-538; cover letter from Rodriquez to Keeter, postal service has a right to seek damages and you will be notified when the postal service has determined the exact amount of damages owed. Doc 317-318
58. 6-10-05 amount of money to claim from Keeter, Inc.$ 1,298.69 doc 459-461
59. Keeter Tradings 2002-2003-3004 Federal Tax returns if the parties do not reach a figure as to damages
60. Any agreed upon joint exhibit or and exhibit listed by the defendant

All documents, except for any tax returns, have been pulled from the USPS files and discovery and the plaintiff's do not intend to introduce any document not previously supplied to the Plaintiff by the USPS.

KEETER TRADING CO., Inc

/s/ Christopher O'Hara Carter
Plaintiff's Attorney
THE LAW OFFICES OF CHRISTOPHER O'HARA CARTER, P.A.
P.O. Box 300
Yellville, AR 72687-0300
Tel: 870-449-2100
Fax: 870-449-2105
carterlaw@yellville.net