IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD KEETER AND
KEETER TRADING COMPANY, Inc. PLAINTIFFS

v. No. 05-243C
(Judge Bush)

UNITED STATES OF AMERICA DEFENDANT

PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

Now comes the Plaintiff Keeter Trading Company, Inc. by and through its attorney Christopher O'Hara Carter of the Law Offices of Christopher O'Hara Carter, P.A. and for its disclosure under Appendix A, 13(b) and this Court's order of December 13, 2007 lists the following additional individual as witnesses and a short summary of his expected testimony:

**DUANE HOOVER**

Mr. Hoover resides in Yellville, Arkansas and bid on carrier route formerly handled by his brother Steve. The route was split in half and new contracts were signed with Keeter receiving half the route and Duane Hoover the other half. Hoover will testify that he became upset with various aspects of his contract and wanted changes. He was asked by Postmaster Orr to look at the area and it was he who determined the 52 boxes that were given to Keeter. He will testify that his sister, brother and he still work at the Yellville, Arkansas post office.

KEETER TRADING CO., Inc

/s/ Christopher O'Hara Carter
Plaintiff's Attorney
THE LAW OFFICES OF CHRISTOPHER O'HARA CARTER, P.A.
P.O. Box 300
Yellville, AR 72687-0300
Tel: 870-449-2100
Fax: 870-449-2105
carterlaw@yellville.net