# In the United States Court of Federal Claims

No. 05-243 C

(Filed May 7, 2008)

* * * * * * * * * * * * * * * * * * * * * *
KEETER TRADING COMPANY, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 23, 2008, trial commenced in the above-captioned matter, pursuant to the court's February 21, 2008 order. Trial was held in Little Rock, Arkansas, from April 23, 2008 through April 24, 2008. At the conclusion of trial, the court informed counsel that a telephonic conference would be scheduled in the upcoming week to set forth dates for the submission of post-trial briefs pursuant to Appendix A, ¶ 19 of the Rules of the United States Court of Federal Claims. The court also notified counsel that during the telephonic conference, it would like to be informed as to whether Contract Number HCR 76255 (the contract) listed as Appendix Nos. 25-97 in the Appendix to Defendant's Motion for Summary Judgment (Defendant's Appendix) is the entire contract. If the contract in the appendix was not the entire contract, it was agreed that defendant's counsel would submit the complete contract as Joint Exhibit 1.

On May 5, 2008, the court held a telephonic conference with counsel. Participating with the undersigned in the May 5, 2008 teleconference were:

Douglas J. Colton, attorney for defendant;
Christopher O'Hara Carter, attorney for plaintiff;

Cheryl Mpande, law clerk.

During the telephonic conference, counsel for government informed the court that the contract in the Defendant's Appendix is not the entire contract, and a complete contract shall be submitted to the court as Joint Exhibit 1. Counsel for government agreed to be responsible for the submission of two copies of the contract to chambers of the undersigned, and a copy of the contract (Joint Exhibit 1) to the court reporter.

With respect to the post-trial briefing schedule, the court noted that counsel should receive the court transcript on May 27, 2008 or soon thereafter. Based on that date, the court suggested that simultaneous post-trial briefs and proposed statements of fact, together with record citations, shall be filed by the parties on or before June 30, 2008. Both counsel agreed to the filing date of June 30, 2008. The court also advised counsel that if either wishes to file a reply brief, counsel shall be required to seek leave from the court.

Accordingly, it is hereby **ORDERED** that:

(1) The parties shall **FILE** their post-trial briefs simultaneously on **June 30, 2008**; and

(2) The court directs the government to **SUBMIT** two copies of the contract to the chambers of the undersigned as Joint Exhibit 1, and a copy to the court reporter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge