# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-243 C

| | | |
|---|---|---|
| ****************************** | ) | |
| | ) | |
| KEETER TRADING COMPANY, INC., | ) | |
| *Plaintiff*, | ) | Case 1:05-cv-00243-LJB |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| *Defendant*. | ) | |
| ****************************** | ) | |

## APPLICATION FOR LEAVE TO FILE DEFENDANT'S POST-TRIAL BRIEF AND PROPOSED FINDINGS OF FACT OUT OF TIME

Defendant hereby applies for leave of the Court to submit its Post-Trial Brief and its Proposed Findings of Fact out of time, for the reasons set forth in this Application.

1. During the status conference on May 5, 2008, the Court noted its expectation that counsel "should receive the court transcript on May 27, 2008 or soon thereafter." Based on that date, the Court suggested that simultaneous post-trial briefs and statements of fact "be filed on or before June 30, 2008." Both counsel agreed and an Order was issued directing the parties to file their post-trial briefs by June 30, 2008. (Doc. #52)

2. The trial transcript did not become available to the undersigned when expected. On May 27, 2008, the Clerk gave notice that the official transcript

had been filed with this Court, but the parties had to contact Heritage Reporting Corporation to obtain their copies. (Doc. #56) The undersigned did so, and on or about June 2, 2008, Heritage Reporting informed me that I must submit my request on that company's transcript order form.

3. The undersigned submitted a completed transcript order form to administrative personnel in his office on June 3, 2008 for purchase of the transcript on a standard-delivery basis. (Attachment A) Since Heritage Reporting charged a premium for delivery in less than 30 days, I did not request expedited delivery. The undersigned has learned that the purchase order was placed that day.

4. After I reviewed the Court's May 5 Order on or about June 4 and noted the June 30 filing date, I sent an email (Attachment B) to Mr. Carter suggesting submission of a joint request to extend the filing deadline, until 30 days after the latter of actual receipt of the transcript or the end of July, because we did not yet have copies of it. The undersigned has no recollection or record of any answer from Mr. Carter, but in any event no such request was filed. Nevertheless, I somehow formed the belief that the briefs were due 30 days after counsel received the transcript.

5. I had not received the transcript by June 10, 2008, when I left on planned leave, and I did not see it until I returned to my office on the afternoon of June 19, 2008. The transcript had apparently been delivered to my office on or about June 17 or 18.

6. On June 23, 2008, Mr. Carter sent me an email message saying that he was filing his brief at that time because he had to depart for Florida immediately due to a family emergency.

7. The undersigned made no attempt to file defendant's brief by June 30, and instead submitted it on July 18, 2008 -- within 30 days after my own receipt of the transcript (but possibly more than 30 days from its receipt in this office). The Proposed Findings of Fact were untimely filed on July 20, 2008 because I was unable to complete annotation of them in time for that document to be submitted together with the Brief on July 18.

8. I did not intentionally, or knowingly, disregard the Court's Order setting the June 30 filing date, and I did not realize that this had occurred until it was brought to my attention by my supervisor on July 22, 2008.

9. My error did not arise from neglect of this responsibility: in late June, I was engaged in reviewing the record and drafting the brief. Had I realized that filing was due on June 30, I would have sought an extension of the filing date.

10. Even though defendant's Post-Trial Brief and Proposed Findings were accepted for electronic filing they were not timely, and leave of the Court for their submission after June 30, 2008 should have been previously sought. The undersigned wishes hereby to rectify these errors, and respectfully asks the Court to accept defendant's late-filed Brief and Proposed Findings. Counsel for plaintiff has been contacted, and has stated that he has no objection to this request.

July 25, 2008

Respectfully submitted,

_/s/ Douglas J. Colton

**DOUGLAS J. COLTON**

U.S. Postal Service
475 L'Enfant Plaza, SW
Room 6323
Washington, DC 20260-1127
Tel: (202) 268-6408
Fax: (202) 268-5287

COUNSEL FOR DEFENDANT
THE UNITED STATES (POSTAL SERVICE)

***To obtain a copy of the official transcript please complete the following order form, including payment information, and submit directly to Heritage Reporting Corporation by fax or email.***

# UNITED STATES COURT OF FEDERAL CLAIMS TRANSCRIPT ORDER FORM

**(Rates Effective 10-1-07)**

**HERITAGE REPORTING CORPORATION**
**1220 L Street, NW Suite 600**
**Washington, DC 20005-4018**
**(V) 202-628-4888**
**(F) 202-371-0935**
**(E) Contracts@hrccourtreporters.com**

| ***Hearing Information*** | ***Delivery Information*** |
|---|---|
| ***Case Name:*** Keeter Trading Company Inc. v. U.S. | ***Name:*** Douglas J. Colton |
| ***Date of Proceeding(s):*** April 23 - 24, 2008 | **Firm:** United States Postal Service |
| ***Presiding Judge:*** Hon. Lynn J. Bush | **Address:** 475 L'Enfant Plaza S.W. |
| ***Docket No.:*** 05-243 C | **Room#:** Rm 6323 |
| ***Location of Proceeding:*** Little Rock, Arkansas | **City:** Washington **State:** D.C. **Zip:** 20260-1127 |
| **(E-Mail):** douglas.j. colton@usps.gov | **(V):** 202.268.6408 **(F):** 202.268.5307 |

**CERTIFIED TRANSCRIPTS (Cost is per page, USPS delivery is included)**

| Please circle the delivery type requested: | Ordinary 30 C Day | Intermediate 15 C Day | Expedited 5 C Day | Daily |
|---|---|---|---|---|
| **Certified Transcript ➜** | 3.30 (circled) | 4.30 | 4.40 | 5.50 |

**CIRCLE DELIVERY METHOD REQUESTED:** USPS (circled) COURIER UPS FEDEX

**ADDITIONAL BYPRODUCTS AVAILABLE WITH CERTIFIED TRANSCRIPT COPY ORDER**

| | | |
|---|---|---|
| CD or Diskette/ Select Format: ☐WP ☐WORD (circled) ☐ ASCII | # CD: (circled)<br>#Disks: | Daily Copy: 1.10 per page, .83 per page additional copies<br>All other Deliveries: .83 per page, .55 per page additional copies |
| Condensed Transcript with key word index | # condensed: | Daily Copy: 1.10 per page, .83 per page additional copies<br>All other Deliveries: .83 per page, .55 per page additional copies |
| Additional Paper Transcripts | # Paper: | Daily Copy: 1.10 per page, .83 per page additional copies<br>All other Deliveries: .83 per page, .55 per page additional copies |
| Draft Unedited Realtime Line | # RT lines: | 2.75 per page for 1st line, 1.10 per page for each additional line delivered electronically during the proceedings |
| Draft Unedited Realtime Disk | # draft disks: | 2.75 per page for 1st disk, 1.10 per page for each additional disk delivered immediately following the proceedings |

**PREPAYMENT IS REQUIRED ON ALL TRANSCRIPT ORDERS.**

Check one: ☐VISA ☐MC ☐AM EX CARD : ______________________ EXP. DATE:______
Cardholder's Name: Signature:

☐Check An HRC representative will contact you with the total cost of the transcript as soon as it is available.

The undersigned hereby orders the entire transcript of the hearing listed above and agrees to pay in accordance with the terms of the order form.

✖ ______________________________ **(Signature of ordering party required.)**

| **HRC USE ONLY** | Invoice: | Date Payment Received: | Date COFC Notified: |
|---|---|---|---|
| Job #: | Client ID: | | |

ATTACHMENT A

----- Original Message -----
**From:** Colton, Douglas J - Washington, DC
**To:** Carter Law Office
**Sent:** Wednesday, June 04, 2008 10:32 AM
**Subject:** KEETER Briefing Schedule

Chris:

I noted on-line that Judge Bush apparently entered on Order making our briefs due on June 30, apparently on the basis that the transcript was "available" at the end of May. As we both have found, that availability is hypothetical only, unless we spend a bunch for immediate copies.

I would like to submit a joint request that briefs be due 30 days from actual receipt of transcripts, or at the end of July, whichever is later. May I do so on plaintiff's behalf as well as defendant's?

djc

***DOUGLAS J. COLTON***
UNITED STATES POSTAL SERVICE
OFFICE OF THE GENERAL COUNSEL
475 L'ENFANT PLAZA SW
ROOM 6323
WASHINGTON, DC 20260-1127
**Tel: 202.268.6408**
**Fax: 202.268.5287**
***douglas.j.colton@usps.gov***

ATTACHMENT B