# In the United States Court of Federal Claims

No. 05-243 C
(Filed July 28, 2008)

* * * * * * * * * * * * * * * * * * * * * *
KEETER TRADING COMPANY, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On July 25, 2008, defendant filed an Application for Leave to File Defendant's Post-Trial Brief and Proposed Findings of Fact Out of Time. Pursuant to the court's order of May 7, 2008, the parties were directed to file simultaneous post-trial briefs on June 30, 2008 in the subject matter. Plaintiff's post-trial brief and proposed findings of fact and conclusions of law were filed on June 23, 2008. Defendant's post-trial brief was filed on July 18, 2008, proposed findings of fact and conclusions of law was filed on July 20, 2008, and on July 25, 2008, defendant filed the subject motion seeking permission of the court to allow the filing of these out of time filings. The court ordered the filing of simultaneous briefs, however, since plaintiff was the initial party that filed its brief early, the court can find no harm or disadvantage to plaintiff's position by allowing the filing of defendant's late briefs.

Accordingly, it is hereby **ORDERED** that defendant's application/motion to file out of time is **GRANTED**; and the Clerk's Office is directed to **FILE defendant's Post-Trial Brief**, electronically filed July 18, 2008, and **Proposed Findings of Fact and Conclusions of Law**, electronically filed July 20, 2008, as of the date they were submitted before the court.

/s/Lynn J. Bush
LYNN J. BUSH
Judge