IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD KEETER AND
KEETER TRADING COMPANY, Inc. PLAINTIFFS

v. No. 05-243C
(Judge Bush)

UNITED STATES OF AMERICA DEFENDANT

MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF

Now comes the Plaintiff Keeter Trading Company, Inc. by and through its attorney Christopher O'Hara Carter of the Law Offices of Christopher O'Hara Carter and for their motion for leave to file a reply brief states to the Court:

1. That on May 7, 2008 the Court set out and briefing schedule pursuant to a conference call between the parties' attorneys on May 5, 2008. As part of the Court's order should either party desire to file a reply brief they must first seek leave of Court.
2. That the Plaintiff had indicated to the Court that they may file their brief prior to the June 30, 2008 date for filing simultaneous briefs and in fact filed a brief and proposed findings of fact on June 23, 2008.
3. That the USPS did not file a brief on June 30, 2008 but instead filed one on July 18, 2008 and sought permission to file their Findings of Fact and Conclusions of Law out of time. The Plaintiff did not object and the Court granted the request on July 28, 2008.
4. That the plaintiff prays that it be granted leave of this Court to file a reply to the USPS brief and Conclusions of Law. The brief would be short and would be filed within 10 calendar days of the Court granting the request. The plaintiff in this case

has the burden of proof and while he did file his brief early based upon other obligations, the USPS had 25 days as opposed to seven to examine and critique the plaintiff's arguments and positions.

WHEREFORE, Plaintiff prays that this court grant its motion and all other just and proper relief to which it is entitled.

KEETER TRADING CO., Inc

/s/ Christopher O'Hara Carter
Plaintiff's Attorney
THE LAW OFFICES OF CHRISTOPHER O'HARA CARTER, P.A.
P.O. Box 300
Yellville, AR 72687-0300
Tel: 870-449-2100
Fax: 870-449-2105
carterlaw@yellville.net