# In the United States Court of Federal Claims

No. 05-243 C

(Filed August 28, 2008)

* * * * * * * * * * * * * * * * * * * * * *
KEETER TRADING COMPANY, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 7, 2008, plaintiff filed a Motion for Leave of the Court to File a Reply Brief. Plaintiff requests permission from the court to file a reply brief to defendant's post trial brief, filed July 28, 2008, within ten days of the date of the court's granting plaintiff's motion. Defendant's response to plaintiff's motion was due to have been filed by August 26, 2008. As of the filing of this order, defendant has not filed a response. Hence, the court shall proceed with the assumption that defendant does not oppose plaintiff's motion. Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED** and plaintiff shall **FILE** a **Reply** brief on or before **September 9, 2008**.

/s/ Lynn J. Bush
LYNN J. BUSH
Judge